# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **FRANK MUCERINO III and** ) | |
| **CREEKSIDE TERRACE LLC,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| **v.** ) | Case No. 3:21-cv-00284 |
| ) | |
| **CHARLES JOSHUA DALE MARTIN,** ) | |
| ) | |
| **Defendant** ) | |

## DEFENDANT'S MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING AND MOTION FOR DISCOVERY CONFERENCE

Defendant Charles Joshua Dale Martin moves the Court to extend the deadline to file his responsive pleading, currently due on May 5, 2021, for a time sufficient for the parties to engage in expedited discovery related to and to brief Plaintiffs' assertion that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

Defendant also moves the Court to set a telephonic discovery conference to address expedited discovery and briefing related to Plaintiffs' assertion that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

Plaintiffs' counsel has advised Defendant's counsel that he does not object to the relief sought in these motions.

Respectfully submitted,

    */s/ John P. Nefflen*
John P. Nefflen, TN BPR No. 20226
Shackelford, Bowen, McKinley &
Norton LLP
1 Music Cir. S., Ste. 300
Nashville, TN 37203
Telephone: (615) 256-7200
Facsimile: (615) 329-4485
JBowen@shackelford.law
jnefflen@shackelford.law

*Attorneys for Defendant Charles Joshua Dale Martin*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2021, the foregoing *Defendant's Motion for Extension to File Responsive Pleading and Motion for Discovery Conference* was filed electronically with this Court and served by operation of the Court's Case Management / Electronic Case Filing System on:

Eugene N. Bulso, Jr.
BULSO, PLC
155 Franklin Road, Ste. 400
Brentwood, TN 37027
gbulso@bulso.com

    */s/ John P. Nefflen*
John P. Nefflen