# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO III AND ) <br> CREEKSIDE TERRACE LLC, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHARLES JOSHUA DALE MARTIN, ) <br> ) <br>    Defendant. ) | Civil No. 3:21-cv-00284 <br> Judge Trauger |

## **O R D E R**

The defendant's Motion for Extension of Time to File Responsive Pleading and Motion for Discovery Conference (Doc. No. 7) is GRANTED. It is hereby ORDERED that a telephone conference will be held with counsel for the parties on Monday, May 10, 2021 at 1:00 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference. A deadline for the filing of a responsive pleading will be discussed at the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge