# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO III AND ) <br> CREEKSIDE TERRACE LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> CHARLES JOSHUA DALE MARTIN, ) <br>  ) <br> Defendant. ) | Civil No. 3:21-cv-00284 <br> Judge Trauger |

## O R D E R

A telephone conference was held with counsel for the parties on May 10, 2021. It is hereby ORDERED that the stay of discovery is hereby LIFTED so that the parties may engage in jurisdictional discovery. It is further ORDERED that the initial case management conference scheduled for June 21, 2021 is CONTINUED, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge