November 9, 2020

# TOWN OF BURNS PLANNING COMMISSION

Better Built Homes, LLC
C/O Frank Mucerino, Registered Agent
1387 Camp Ravine Road
Burns, Tennessee 37029-5235
**Via USPS Regular Mail & email
@ bbuilthomes@gmail.com**

RE: **NOTICE OF ACTION LETTER**
**Concerning Camp Ravine Estates, Phases 1-6**
**Action Taken by the Burns Planning Commission on November 4, 2020**

Mr. Mucerino,

This letter is in regard to the Camp Ravine Estates, Phases 1-6 ("Camp Ravine") developed by Better Built Homes, LLC, a Tennessee limited liability company ("Developer"), and is sent pursuant to the decision of the Town of Burns Planning Commission ("Planning Commission"). Said Camp Ravine development concerns real property within the municipal limits of the Town of Burns.

On November 4, 2020, the Planning Commission held a special called meeting, with notice, concerning Camp Ravine. After hearing from the Town Attorneys and the Town's engineer, Kevin Blackburn with Civil & Environmental Consultants, Inc., as well as concerns from citizens of the Town, the Planning Commission deliberated the appropriate next steps and made two (2) separate motions that concern Camp Ravine and the Developer. Said motions are outlined below:

1. Motion for the Town's engineer to create a formal report broken down by section and identifying any deficiencies and/or deviations from the plats for each phase of the Camp Ravine Estates development, and further identifying any suspected violations of federal, state, or local law.

Motion to require the above: passed (5-0).

Motion made by Valton Potter, seconded by Debra Cox.

Ayes:   Greg Hogin, Valton Potter, Debra Cox, Charles Hall, Gerald Lomax

Nays:   none

Absent: none

2. Motion to require the developer to provide "As-Builts" and drainage calculations, both before and after development, as required by the subdivisions regulations, for all phases of the Camp Ravine Estates within thirty (30) days, or the Town Attorney is to file for injunctive relief to stop the issuance of all building permits and certificates of occupancy until the aforementioned "As-Builts" and drainage calculations are produced.

Motion to require the above: passed (5-0).

Motion made by Greg Hogin, seconded by Valton Potter.

Ayes:   Greg Hogin, Valton Potter, Debra Cox, Charles Hall, Gerald Lomax

Nays:   none

Absent: none

The Planning Commission trusts that you take this matter seriously and works with the Town's engineer to provide the documentation required. Failure to do so will result in the injunctive relief previously outlined.

Please let this letter serve as the Planning Commission's *Notice of Action* to you, on behalf of the Developer, of the Planning Commission's decision for your records.

Entered this 9th day of November, 2020.

GREG HOGIN
CHAIRMAN, TOWN OF BURNS PLANNING COMMISSION