IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

*Motion GRANTED in part - extension to 6/25/2021.*

[Signature]

| | |
|---|---|
| FRANK MUCERINO III and CREEKSIDE TERRACE LLC, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | ) Case No. 3:21-cv-00284<br>) |
| CHARLES JOSHUA DALE MARTIN, | )<br>)<br>) |
| Defendant | ) |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE PETITION UNDER THE TENNESSEE PUBLIC PARTICIPATION ACT

Defendant Charles Joshua Dale Martin moves the Court to extend the time for filing a petition to dismiss this case under the Tennessee Public Participation Act, Tenn. Code Ann. § 20-17-101, *et seq.* In support of this Motion, Defendants states:

1. On April 14, 2021, Plaintiffs served Defendant with the Complaint asserting claims for defamation, among other causes of action. (*See* DE #6.)

2. On May 4, 2021, the Court entered an Order extending Defendant's time to file a responsive pleading and ordered a discovery conference to discuss Defendant's request to conduct jurisdictional discovery. (*See* DE #8.)

3. On May 10, 2021, the Court entered an Order lifting the stay of discovery so the parties could engage in jurisdictional discovery. (*See* DE #9.)

4. Defendant believes the Tennessee Public Participation Act, Tenn. Code Ann. § 20-17-101, *et seq.* (the "TPPA"), affords him defenses to Plaintiffs' defamation claims.