IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| FRANK MUCERINO III and<br>CREEKSIDE TERRACE LLC,<br><br>    Plaintiffs<br><br>v.<br><br>CHARLES JOSHUA DALE MARTIN,<br><br>    Defendant | Case No. 3:21-cv-00284 |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND SET DATE FOR DEFENDANT'S FILING OF A RESPONSIVE PLEADING**

Defendant Charles Joshua Dale Martin responds to Plaintiff's *Motion to Reset Initial Case Management Conference and Set Date of Defendant's Filing of Responsive Pleading* (Doc. #12).

Defendant does not oppose Plaintiffs' Motion. Further, the parties have agreed that Defendant's responsive pleading or any motion pursuant to Federal Rule of Civil Procedure 12(b) should be filed no later than July 12, 2021.

Therefore, Defendant requests that the Court enter an order setting July 12, 2021 as Defendant's deadline for filing a responsive pleading or Rule 12(b) motion and resetting the Initial Case Management Conference.

Respectfully submitted,

    */s/ John P. Nefflen*
John P. Nefflen, TN BPR No. 20226
Rebekah L. Shulman, TN BPR No. 27537
Shackelford, Bowen, McKinley &
Norton LLP
1 Music Cir. S., Ste. 300
Nashville, TN 37203
Telephone: (615) 256-7200
Facsimile: (615) 329-4485
jnefflen@shackelford.law
rshulman@shackelford.law

*Attorneys for Defendant Charles Joshua Dale Martin*

## CERTIFICATE OF SERVICE

    I certify that on June 28, 2021, the foregoing *DEFENDANT'S RESPONSE TO PLAINTIFFS' MOITON TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND SET DATE FOR DEFENDANT'S FILING OF A RESPONSIVE PLEADING* was filed electronically with this Court and served by operation of the Court's Case Management / Electronic Case Filing System on:

Eugene N. Bulso, Jr.
BULSO, PLC
155 Franklin Road, Ste. 400
Brentwood, TN 37027
gbulso@bulso.com

    */s/ John P. Nefflen*
John P. Nefflen

2