IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO III AND <br> CREEKSIDE TERRACE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES JOSHUA DALE MARTIN, <br><br> Defendant. | Civil No. 3:21-cv-00284 <br> Judge Trauger |

## O R D E R

The Plaintiffs' Motion to Reset Initial Case Management Conference and Set Date for Defendant's Filing of a Responsive Pleading (Doc. No. 12), which is not opposed (Doc. No. 15), is hereby GRANTED. It is hereby ORDERED that the defendant shall file a responsive pleading or motion under Federal Rule of Civil Procedure 12(b) by July 12, 2021. It is further ORDERED that the initial case management conference is hereby RESET for Monday, July 26, 2021 at 4:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge