IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

FRANK MUCERINO, III and
CREEKSIDE TERRACE LLC,

  Plaintiffs,

v.

CHARLES JOSHUA DALE MARTIN,

  Defendant.

Case No. 3:21-cv-00284
Judge Aleta A. Trauger

## NOTICE OF APPEARANCE

Eric W. Smith, of the law firm Bulso PLC, 155 Franklin Road, Suite 400, Brentwood, Tennessee 37027, hereby enters his appearance in this matter as counsel for the Plaintiffs, Frank Mucerino, III and Creekside Terrace LLC. Mr. Smith serves as co-counsel for the Plaintiffs with Eugene N. Bulso, Jr.

Respectfully submitted,

s/*Eric W. Smith*
Eugene N. Bulso, Jr. (BPR No. 12005)
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
(615) 913-5135
gbulso@bulso.com
esmith@bulso.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was forwarded via the Court's electronic filing system on this the 28th day of June 2021, to the following persons:

  John Paul Nefflen
  Shackelford Bowen McKinley & Norton, LLP
  1 Music Circle South, Ste. 300
  Nashville, Tennessee 37203
  615-850-2295
  jnefflen@shackelford.law
  *Counsel for the Defendant*

           *s/ Eric W. Smith*
           Eric W. Smith