# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

FRANK MUCERINO III and CREEKSIDE TERRACE )
*Plaintiff* )
v. ) Case No. 3:21-CV-00284
CHARLES JOSHUA DALE MARTIN )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Charles Joshua Dale Martin

Date: 07/12/2021

*Attorney's signature*

Rebekah L. Shulman, BPR No. 027537
*Printed name and bar number*

Shackelford Bowen McKinley & Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
*Address*

rshulman@shackelford.law
*E-mail address*

(615) 329-4440
*Telephone number*

(615) 329-4485
*FAX number*