# EXHIBIT A



Tre Hargett
Secretary of State

Division of Business Services
Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: Creekside Terrace, LLC

## General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000698743 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 10/25/2012 3:50 PM | Date Formed: Fiscal Year Close | 10/25/2012 12 |
| Status: | Active | Member Count: | 3 |
| Duration Term: | Perpetual | | |
| Managed By: | Manager Managed | | |

Registered Agent Address
FRANK MUCERINO
1387 CAMP RAVINE RD
BURNS, TN  37029-5235

Principal Address
1387 CAMP RAVINE RD
BURNS, TN  37029-5235

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 04/01/2021 | 2020 Annual Report | B1014-4175 |
| 08/21/2020 | 2019 Annual Report | B0912-8564 |
| Member Count Changed  From: 2  To: 3 | | |
| 08/01/2020 | Notice of Determination | B0900-0315 |
| 04/01/2019 | 2018 Annual Report | B0684-0416 |
| 07/03/2018 | 2017 Annual Report | B0567-3192 |
| Principal Address 1 Changed  From: 1313 RIDGE RD  To: 1387 CAMP RAVINE RD | | |
| Principal City Changed  From: DICKSON  To: BURNS | | |
| Principal Postal Code Changed  From: 37055-5744  To: 37029-5235 | | |
| Registered Agent Last Name Changed  From: MUCERINO, JR  To: MUCERINO | | |
| Registered Agent Physical Address 1 Changed  From: 1313 RIDGE RD  To: 1387 CAMP RAVINE RD | | |
| Registered Agent Physical City Changed  From: DICKSON  To: BURNS | | |
| Registered Agent Physical Postal Code Changed  From: 37055-5744  To: 37029-5235 | | |
| 06/01/2018 | Notice of Determination | B0554-6666 |
| 03/31/2017 | 2016 Annual Report | B0374-1610 |
| 03/24/2016 | 2015 Annual Report | B0221-7783 |
| 03/30/2015 | 2014 Annual Report | B0078-6661 |

# Filing Information

Name: Creekside Terrace, LLC

| | |
|---|---|
| Principal Address 1 Changed  From: 1315 RIDGE RD  To: 1313 RIDGE RD | |
| Registered Agent Physical Address 1 Changed  From: 1315 RIDGE RD  To: 1313 RIDGE RD | |
| 03/31/2014   2013 Annual Report | A0230-1285 |
| 03/29/2013   2012 Annual Report | A0169-1857 |
| Member Count Changed  From: 1  To: 2 | |
| 10/25/2012   Initial Filing | 7110-0086 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **Better Built Homes, LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000798551 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 05/05/2015 11:38 AM | Date Formed: Fiscal Year Close | 05/05/2015 12 |
| Status: | Active | Member Count: | 2 |
| Duration Term: | Perpetual | | |
| Managed By: | Manager Managed | | |

**Registered Agent Address**
FRANK MUCERINO
1387 CAMP RAVINE RD
BURNS, TN 37029-5235

**Principal Address**
1387 CAMP RAVINE RD
BURNS, TN 37029-5235

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 04/01/2021 | 2020 Annual Report | B1014-4158 |
| 08/21/2020 | 2019 Annual Report | B0912-8574 |
| 08/01/2020 | Notice of Determination | B0900-5303 |
| 04/01/2019 | 2018 Annual Report | B0683-9790 |
| 07/03/2018 | 2017 Annual Report | B0567-3096 |

Principal Address 1 Changed  From: 1313 RIDGE RD  To: 1387 CAMP RAVINE RD

Principal City Changed  From: DICKSON  To: BURNS

Principal Postal Code Changed  From: 37055-5744  To: 37029-5235

Registered Agent Physical Address 1 Changed  From: 1313 RIDGE RD  To: 1387 CAMP RAVINE RD

Registered Agent Physical City Changed  From: DICKSON  To: BURNS

Registered Agent Physical Postal Code Changed  From: 37055-5744  To: 37029-5235

| Date Filed | Filing Description | Image # |
|---|---|---|
| 06/01/2018 | Notice of Determination | B0555-4049 |
| 03/31/2017 | 2016 Annual Report | B0374-6553 |
| 03/24/2016 | 2015 Annual Report | B0221-7804 |
| 05/05/2015 | Initial Filing | B0097-2185 |

**Active Assumed Names (if any)**     **Date**     **Expires**