# EXHIBIT B

# MUCERINO, et al.

# vs.

# MARTIN

# FRANK MUCERINO

# June 07, 2021

```
 1       IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF TENNESSEE
 2                AT NASHVILLE
   _____
 3
   FRANK MUCERINO, III and
 4 CREEKSIDE TERRACE, LLC,
 5       Plaintiffs,
 6 vs.              Case No. 3:21-cv-00284
 7 CHARLES JOSHUA DALE MARTIN,
 8       Defendant.
   _____
 9
10
11
12
13
          Videoconference Deposition of:
14
          FRANK L. MUCERINO, III
15
          Taken on behalf of the Defendant
16
          June 7, 2021
17
          Commencing at 1:33 p.m.
18
19
20
21
   _____
22
        Elite-Brentwood Reporting Services
23         www.elitereportingservices.com
           Sandra Andrys, LCR, RPR, RMR
24             P.O. Box 292382
               Nashville, Tennessee
25              (615)595-0073
```

```
 1            A P P E A R A N C E S
 2
 3
 4 For the Plaintiffs:
 5    MR. JOHN P. NEFFLEN
      Attorney at Law
 6    Shackelford, Bowen, McKinley & Norton, LLP
      1 Music Circle S., Suite 300
 7    Nashville, Tennessee  37219-2392
      (615) 256-7200
 8    jnefflen@shackelford.law
 9
10
   For the Defendant:
11
      MR. EUGENE N. BULSO, JR.
12     Attorney at Law
       Bulso, PLC
13     155 Franklin Road, Suite 400
       Brentwood, Tennessee 37027
14     (615)913-5200
       Gbulso@bulso.com
15
16
17
18
19 Also Present:
20    MS. STEPHANIE MUCERINO
21
22
23
24
25
```

```
 1              I N D E X
 2                      Page
   Examination
 3 By Mr. Nefflen              5
 4
 5
 6
 7
 8
 9         E X H I B I T S
10                      Page
11 Exhibit No. 1           32
     Florida Warranty Deed
12
13
...
25
```

```
 1          S T I P U L A T I O N S
 2
 3
 4      The videoconference deposition of FRANK
 5 L. MUCERINO, III, was taken by counsel for the
 6 Defendant, with all participants appearing at their
 7 respective locations, on June 7, 2021, for all
 8 purposes under the Federal Rules of Civil Procedure.
 9      All objections, except as to the form of
10 the questions, are reserved to the hearing, and that
11 said deposition may be read and used in evidence in
12 said cause of action in any trial thereon or any
13 proceeding herein.
14      It is agreed that SANDRA ANDRYS, LCR,
15 RPR, RMR, Notary Public and Court Reporter for the
16 State of Tennessee, may swear the witness remotely,
17 and that the reading and signing of the completed
18 deposition by the witness was not mentioned.
19
...
25
```

Case 3:21-cv-00284  Document 21-2  Filed 07/12/21  Page 2 of 16 PageID #: 121
Elite-Brentwood Reporting Services  (615)595-0073
www.EliteReportingServices.com

```
 1                    * * *
 2              FRANK L. MUCERINO, III
 3   was called as a witness, and having first been duly
 4   sworn, testified as follows:
 5
 6                    EXAMINATION
 7   QUESTIONS BY MR. NEFFLEN:
 8   Q.    Mr. Mucerino, my name is John Nefflen, and I
 9   represent Josh Martin in this action that you filed
10   on April 7, 2021, you and Creekside.
11         Sandy has already covered one of the
12   ground rules.  And the other two that I want to cover
13   real quick is, number one, whenever you give a
14   response, it's important that I allow you to complete
15   your thought before I interrupt you -- or before I
16   ask my next question.  In the same turn, when I'm
17   asking you a question, please let me get it out.
18   Even if you already know what I'm going to ask you,
19   let me get it out so we can get it on the record and
20   we'll try not to talk over each other, okay?
21   A.    Okay.
22   Q.    And if I have to remind you and you have to
23   remind me, we won't take it personally.
24   A.    Sure.
25   Q.    And, also, it's important that when you give
```

```
 1   a response, that it be out loud so the court reporter
 2   can take down your response.  A nod of the head, an
 3   uh-huh, those don't really work in a deposition.  So
 4   if I have to remind you, don't take it personally,
 5   okay?
 6   A.    Okay.
 7   Q.    We are not going to be here that long, but if
 8   at any time during the deposition you feel like you
 9   need to take a break, just let me know, we'll find a
10   good place to stop, all right?
11   A.    Okay.
12   Q.    Your full name, as you told us earlier, is
13   Frank Louis Mucerino, III; correct?
14   A.    That's correct.
15   Q.    On April 7th, where were you actually
16   physically located?  Where were you located on
17   April 7, 2021?
18   A.    I don't remember.
19   Q.    Okay.  Were you in Tennessee?
20   A.    I don't remember.
21   Q.    Were you in Florida?
22   A.    I don't remember.
23   Q.    Is there any way that we can figure out where
24   you were on April 7, 2021?
25   A.    I'd have to go back and look and try to
```

```
 1   figure out where I was on that day.
 2   Q.    Okay.  What would help us figure out where
 3   you were on April 7, 2021?
 4   A.    I'm not sure.  I don't remember that either,
 5   so I'll have to look at my schedule.  Like I said,
 6   I've kind of moved a lot the last couple months,
 7   so --
 8   Q.    Well, in the last couple months, let's say in
 9   April, the first part of April, where were you
10   traveling to?
11   A.    Florida.
12   Q.    Florida.
13   A.    Yeah.
14   Q.    And what were you doing in Florida around
15   April 7th?
16   A.    Moving.
17   Q.    Moving where in Florida?
18   A.    To Apollo Beach.
19   Q.    And what's the address there?
20   A.    5711 Sea Turtle Place.
21   Q.    When did you purchase 5711 Sea Turtle Place?
22   A.    April 7th.
23   Q.    And from whom did you purchase that?
24   A.    From my parents.
25   Q.    Did you have a contract with them for the
```

```
 1   purchase of the Sea Turtle Place?
 2   A.    I do think we had some type of paperwork that
 3   we had to provide the title company, but I don't
 4   recall if it was a -- what type of paperwork it was,
 5   if it was a contract or not.
 6   Q.    Okay.  Do you have the deed to the place, of
 7   Sea Turtle?
 8   A.    I believe so.
 9   Q.    Could you put your hands on that?
10   A.    That's something my wife handles, so we'd
11   have to get with her and ask her to help provide that
12   if it's necessary.
13   Q.    All right.  I'll ask her during her
14   deposition.
15   A.    Okay.
16   Q.    Where are you from, Mr. Mucerino?
17   A.    As far as where was I born?
18   Q.    Where were you born?
19   A.    Nashville, Tennessee.
20   Q.    Are you a Tennessee -- well, you would be a
21   Tennessee native.  How long have you lived in
22   Tennessee?
23   A.    I've lived there since 1981.
24   Q.    You have lived in Tennessee since 1981.  Let
25   me ask this.  I'm sorry.  Where are you right now?
```

1  A.     I'm in Florida right now.
2  Q.     Okay.  Are you at the Sea Turtle residence?
3  A.     I am, yes.
4  Q.     How long have you been down there?
5  A.     I've been down here -- I guess, maybe you
6  could be more specific with your question?
7  Q.     Sure.  Since the last time you visited
8  Tennessee -- let me ask it this way.
9         When was the last time you were in
10 Tennessee?
11 A.     It's been -- let's see, let me think of what
12 day it is.  A week and a half, probably would be my
13 last day I was in Tennessee; it's probably been a
14 week and a half ago.
15 Q.     Okay.  So you have been down in -- I'm going
16 to refer to it as Sea Turtle -- since you last were
17 in Tennessee?
18 A.     That's correct.
19 Q.     Apollo Beach, that's near Tampa, right?
20 A.     That's right.
21 Q.     Okay.  When did you move to Florida?
22 A.     I started moving down here in March of 2021.
23 Q.     So before you moved in March of 2021, had you
24 lived in Tennessee your whole life then?
25 A.     Correct.

1  Q.     How long have you and your wife been married?
2  A.     We have been married for 17 years -- no, we
3  have been married for, I'm sorry -- so it's been --
4  Q.     That's okay if you need to ask her.
5  A.     2008.  Okay.  We have been married since
6  2008.  I'm sorry.
7  Q.     That's all right.  And is she also from
8  Tennessee?
9  A.     Yes, she is.  She was born in Nashville.
10 Q.     And where did you two meet?
11 A.     In Nashville.
12 Q.     And were you married in Tennessee also?
13 A.     We were, yes.
14 Q.     Mr. Mucerino, I've got a list of properties
15 that came up when I did a real estate search on you,
16 and I just wanted to ask you whether you own these
17 properties, if you still own these properties, and if
18 you don't, when did you get rid of them, okay?
19 A.     Okay.
20 Q.     The first one is 1387 Camp Ravine in Burns.
21 A.     Okay.  I sold it on March 31st of 2021.
22 Q.     And was that your primary residence at the
23 time?
24 A.     It was.
25 Q.     What about 1911 Ridge Road in Dickson?

1  A.     That's been -- I do not own that property,
2  and I sold it in 2015, 2015.
3  Q.     What about 1315 Ridge Road in Dickson?
4  A.     2015.  Oh, that's the 2015 one.  So the 1911
5  was the house we lived in prior to the 1315 in 2007,
6  yeah.
7  Q.     And so 1315 you sold in 2015?
8  A.     That's right.
9  Q.     Yeah.  What about 1313 Ridge Road in Dickson?
10 A.     I didn't own that property.
11 Q.     Who did own that property?
12 A.     That was my father's.
13 Q.     Is he Frank Mucerino, Jr. or just Frank
14 Mucerino?
15 A.     He's junior.
16 Q.     And what about 778 Blakemore Road in Dickson?
17 A.     I never owned that property.
18 Q.     Do you know someone that did?
19 A.     My father did own a house on Blakemore Road,
20 so it could be possibly his when I was younger.
21 Q.     That's fine.  What about 1333 Ridge Road in
22 Dickson?
23 A.     No, I never owned that property, that was
24 also my father's.
25 Q.     1425 Highway 96 in Fairview?

1  A.     I'm not familiar with that address.
2  Q.     What about 420 Powder Mill Road in Nashville?
3  A.     Powder Mill Road?
4  Q.     Yes, sir.
5  A.     I'm not familiar with that address either.
6  Q.     Okay.  What about 1010 Post Oak Drive in
7  Dickson?
8  A.     Post Oak Drive, I'm not familiar with that
9  address.
10 Q.     Okay.  502 Trinity Lane in Burns?
11 A.     Let's see, 5020 that was a project that we
12 did in Burns that we sold as an investment property.
13 I'm not sure whose name that one was in, though.
14 Q.     Yeah.  What year did you sell that,
15 Mr. Mucerino?
16 A.     2018, maybe.  I'm guessing, 2018.
17 Q.     1319 Camp Ravine Road in Burns?
18 A.     Yeah, that's not a property I'm familiar with
19 the address.
20 Q.     What about 1959 Ridge Road in Dickson?
21 A.     I'm not familiar with that address.
22 Q.     What about 1309 Ridge Road -- I'm sorry, 1309
23 Ridge Road in Dickson?
24 A.     I'm not familiar with that address.
25 Q.     110 Brook Drive in Dickson, are you familiar

Case 3:21-cv-00284-Document 21-2 Filed 07/12/21 Page 5 of 16 PageID #: 123
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                           9..12

Page 13

1  with that address?
2  A.  Yes.
3  Q.  Tell me, do you own that property?
4  A.  I do not.
5  Q.  Who owns that property?
6  A.  I do not know who owns that property.
7  Q.  Okay.  How are you familiar with that
8  address?
9  A.  I use it as a temporary residence to keep
10 some of my stuff in during our transition to Florida.
11 Q.  Okay.  Did I understand correctly that you
12 don't know who owns that property?
13 A.  Correct.
14 Q.  How did you come to use that property, did
15 someone give you permission?
16 A.  I had a friend.
17 Q.  Okay.
18 A.  Uh-huh.
19 Q.  And who is that friend?
20 A.  His name is Jason Pilkington.
21 Q.  We'll come back to that one.
22     A-201-L McCord, Dickson?
23 A.  I'm not familiar with that address.
24 Q.  Okay.  Did you ever own any property on
25 Blakemore, Blakemore Road --

Page 14

1  A.  No.
2  Q.  -- in Tennessee.  I'm sorry, I interrupted
3  you.  Go ahead.
4  A.  No, I did not.
5  Q.  I think you said earlier that may have been
6  your dad?
7  A.  I believe so, yeah.
8  Q.  Okay.  The 17739 Front Beach Road in Panama,
9  do you still own that?
10 A.  I'm not familiar with that address.
11 Q.  You are not, okay.
12 A.  No.
13 Q.  As we were going through that list,
14 Mr. Mucerino, were you able to think of any other
15 properties you own in Tennessee that we haven't
16 identified?
17 A.  No, I was not.
18 Q.  Okay.  And let me ask it this way.  Do you
19 own any other real estate -- I'll do it again.
20     As of April 1, 2021, did you own any
21 other real estate in Tennessee that we have not
22 identified yet?
23 A.  I mean, I have some construction loans there.
24 Obviously, we were in the house-building business, so
25 we do have some real estate that we own that we are

Page 15

1  currently still building on and have been building on
2  at that month.
3  Q.  And what are those developments?
4  A.  The names?
5  Q.  Yes.
6  A.  Camp Ravine Estates is one, and the other one
7  is called the Cottages of Sycamore Ridge.
8  Q.  Can you estimate how many properties you
9  still have a construction loan on for Camp Ravine?
10 A.  I think we have two.
11 Q.  Okay.  And when you say that you have
12 construction loans on those properties, am I correct
13 in assuming that means that you have title to those
14 properties?
15 A.  Well, I owe the bank money with a loan, so I
16 don't have clear title to it, no.
17 Q.  But your name -- I mean, you are listed as
18 the owner?
19 A.  That's right.
20 Q.  And what about Cottages of Sycamore, the same
21 question.  How many loans do you have?
22 A.  I only have loans at the Cottages of Sycamore
23 Ridge.  I don't have any loans at Camp Ravine
24 Estates.
25 Q.  I misunderstood.  So the two loans you

Page 16

1  mentioned earlier were for Cottages of Sycamore?
2  A.  Correct.
3  Q.  And Cottages of Sycamore, is that in Burns or
4  Dickson or what?
5  A.  Burns.
6  Q.  What's the address on those two properties at
7  Sycamore?
8  A.  I don't know the addresses there.
9  Q.  Okay.  And so am I correct then that you
10 don't have any loans on any of the properties at Camp
11 Ravine Estates?
12 A.  Correct.
13 Q.  All right.  On April 7, 2021, what residence
14 were you staying at?
15 A.  On that date?
16 Q.  Yes.
17 A.  I don't remember.
18 Q.  Don't remember.
19     I'll tell you what, we know that you sold
20 your home at 1387 Camp Ravine Road on March 31, 2021,
21 correct?
22 A.  Yes.
23 Q.  The buyer, as I understand it, was Steven
24 Dale Rich; is that correct?
25 A.  That is correct.

Page 17

1  Q.    Okay. How do you know -- or do you know
2  Steven Dale Rich?
3  A.    I do not.
4  Q.    Okay. No relation to you?
5  A.    No.
6  Q.    Under that transaction, when were you
7  obligated to vacate 1387 Camp Ravine Road?
8  A.    I closed on it on 3-31.
9  Q.    Uh-huh. Is that the day you were to vacate?
10 A.    That was the closing date, yep.
11 Q.    Okay. Were you back at the property at all
12 after 3-31-21?
13 A.    I have been back a couple times to help Steve
14 and go over some things with him, correct.
15 Q.    Okay. What sort of things were you helping
16 Steve and going over with him?
17 A.    Learning how the pool worked, something he
18 asked me to help him with, and a couple questions
19 about the house and the gate, how the gate opener
20 worked.
21 Q.    Was March 31, 2021 the last date you resided
22 at 1387 Camp Ravine?
23 A.    Yes.
24 Q.    After March 31, 2021, did you still have any
25 personal belongings at 1387 Camp Ravine?

Page 18

1  A.    I did not.
2  Q.    When did you remove your personal belongings
3  from 1387 Camp Ravine?
4  A.    On or about 3-31-2021.
5  Q.    And where did you move them to?
6  A.    I moved some items to Florida first. I had
7  two storage buildings located in Burns. And I had
8  the remaining items that I had left over to the house
9  at 110 Brook Drive.
10 Q.    So you moved some of the stuff to Florida,
11 some you left in some storage units in Burns, and
12 some you moved to 110 Brook Drive?
13 A.    Right.
14 Q.    Okay. Do you remember when you moved that
15 stuff to Florida?
16 A.    I started moving to Florida in March.
17 Q.    Right.
18 A.    I don't remember the exact date.
19 Q.    You purchased the home in Florida, Sea Turtle
20 home, on April 7, 2021, correct?
21 A.    That's right.
22 Q.    Do you remember moving any of your property
23 to Sea Turtle after April 7, 2021?
24 A.    I did, yes.
25 Q.    Okay. Do you remember when that was?

Page 19

1  A.    I don't remember the dates, no.
2  Q.    Are you completely moved to Sea Turtle now?
3  A.    I am, yes.
4  Q.    Is there any property left in Tennessee, any
5  personal property left in Tennessee that you still
6  need to move?
7  A.    No.
8  Q.    I'm going to identify a couple of P.O. Boxes,
9  and I want to see if you still own these P.O. Boxes,
10 okay?
11 A.    Okay.
12 Q.    P.O. Box 281 in Dickson?
13 A.    Yes.
14 Q.    And what is that P.O. Box for?
15 A.    That's for business stuff for Better Built
16 Homes.
17 Q.    All right. P.O. Box 112 in Dickson?
18 A.    112, I'm not familiar with that one.
19 Q.    What about P.O. Box 1102 in Dickson?
20 A.    Yeah, that's my parents' P.O. Box.
21 Q.    Do your parents live in Dickson?
22 A.    They do not.
23 Q.    Where do they live?
24 A.    They live in Apollo Beach.
25 Q.    Do they have a home or any other property in

Page 20

1  Tennessee?
2  A.    They do own real estate there still in
3  Tennessee, yes.
4  Q.    Do they own a residence, not an investment
5  property, but a residence in Tennessee?
6  A.    They do not own a residence in Tennessee, no.
7  Q.    What does Creekside Terrace, LLC do? What is
8  their business?
9  A.    Creekside Terrace, LLC, is a company that my
10 dad started years ago as a property holding company.
11 Q.    I'm sorry?
12 A.    Property holding company and development
13 company.
14 Q.    And I believe your dad is a member of the
15 company?
16 A.    He is.
17 Q.    You are a member of the company?
18 A.    Correct.
19 Q.    And who else is a member?
20 A.    My mother.
21 Q.    And remind me of her name.
22 A.    Laura.
23 Q.    How long have your parents lived in Florida?
24 A.    Lived here since 2018, '17, late '17 maybe.
25 Q.    All right. And do I understand correctly

Page 21

1  they don't have a residence in Tennessee?
2  A.    That's correct.
3  Q.    Are you an officer in Creekside Terrace?
4  A.    I don't know how that's set up.
5  Q.    Okay.  Is your wife a member or an officer of
6  Creekside Terrace?
7  A.    Not that I'm aware of.
8  Q.    It's my understanding, and, of course,
9  correct me if I'm wrong, that Creekside Terrace was
10 formed on October 25, 2012; is that correct?
11 A.    I don't know.
12 Q.    Okay.  Were you involved in the formation of
13 the company?
14 A.    Not that I recall.
15 Q.    All right.  Are you aware that the Secretary
16 of State lists the principal office of Creekside
17 Terrace, LLC as 1387 Camp Ravine?
18 A.    Not that I'm aware of, no.
19 Q.    You don't know.
20       And are you aware that the Tennessee
21 Secretary of State identifies the mailing address for
22 Creekside Terrace as P.O. Box 1102 in Dickson?
23 A.    I'm not aware of that either.
24 Q.    Are you aware that you are listed as the
25 registered agent of Creekside Terrace?

Page 22

1  A.    I'm not aware of that either.
2  Q.    Who would have done that?  If you are not
3  aware of that, who would have set that up?
4  A.    It would have been my wife.
5  Q.    Okay.  What is your role in Creekside
6  Terrace?
7  A.    I don't have a role with Creekside Terrace.
8  Q.    Do you do anything with Creekside Terrace?
9  A.    I do not.
10 Q.    And you mentioned earlier Better Built Homes,
11 which I understand to be Better Built Homes, LLC.  Is
12 that your company?
13 A.    Yes, it is.
14 Q.    It's my understanding that was formed on
15 May 5, 2015.  Does that ring a bell, or does that
16 sound accurate?
17 A.    I'm not sure about the dates for that.
18 Q.    Okay.  Who set up this company, Better Built
19 Homes?
20 A.    Initially, it was set up back in the mid '90s
21 by my dad.
22 Q.    Okay.  Initially.  What about subsequent to
23 that?
24 A.    I'm not sure.  I don't handle any of the
25 paperwork for Better Built Homes either.

Page 23

1  Q.    Did you set it up?
2  A.    I did not.
3  Q.    Did your wife set it up?
4  A.    Would have, yes.
5  Q.    I'm sorry?
6  A.    My wife would have set it up, yes.
7  Q.    What is your role in Better Built Homes?
8  A.    I'm the owner of Better Built Homes and the
9  contractor for Better Built Homes.
10 Q.    And in your role as owner and contractor,
11 describe for me what you do on a day-to-day basis.
12 A.    I call subcontractors to assist in home
13 construction in Burns, and oversee the homes under
14 construction on a day-to-day basis.
15 Q.    Are there still homes being built for
16 Creekside Terrace -- I'm sorry.
17 A.    Okay.
18 Q.    Let me ask that question again.
19       Are there still homes being built in the
20 Camp Ravine subdivision?
21 A.    There are still homes in Camp Ravine Estates
22 under construction, yes.
23 Q.    And is that true also for Sycamore, that
24 there's homes under construction?
25 A.    Yes.

Page 24

1  Q.    But in your role as owner and contractor, are
2  you on site on a regular basis?
3  A.    Typically, yes, but not since March.
4  Q.    Have you been on site since March?
5  A.    I have.
6  Q.    On either of the developments.  I'm sorry.
7  A.    I've been on both sites since March, yes.
8  Q.    Do you have a calendar of when you were on
9  site for each of these sites' developments?
10 A.    I do not.
11 Q.    Is there any way that we can verify when you
12 were on site for these developments?
13 A.    I'm not aware of any way to be able to do so.
14 Q.    Between April 1st and, let's say, April 10,
15 2021, were you on site for either Camp Ravine or the
16 Sycamore developments?
17 A.    I don't remember.
18 Q.    Mr. Mucerino, as of April 7, 2021, where were
19 you registered to vote?
20 A.    I'm still registered to vote in Tennessee.
21 Q.    Which means you are not registered to vote
22 right now in Florida?
23 A.    Correct.
24 Q.    As of April 7, 2021 -- I'm sorry.  On
25 April 7, 2021, tell me where your bank accounts, your

Case 3:21-cv-00284  Document 21-2  Filed 07/12/21  Page 8 of 16 PageID #: 126
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com            21..24

Page 25

1  personal bank accounts, were located?
2  A.  I don't know that.
3  Q.  Were they in Tennessee or in Florida?
4  A.  I don't know.
5  Q.  Who would know that?
6  A.  My wife.
7  Q.  As of April 7, 2021, were you a member of any
8  organizations or social clubs?
9  A.  Where at?
10 Q.  I'm sorry?
11 A.  Where at?
12 Q.  Anywhere.
13 A.  Anywhere.
14 Q.  Yeah.
15 A.  I don't recall.
16 Q.  So you don't remember if you were a member of
17 any sort of organization, whether in Florida or in
18 Tennessee?
19 A.  Not that I can remember, no.
20 Q.  What about a church?
21 A.  No.
22 Q.  Whether in Tennessee or Florida?
23 A.  No.
24 Q.  Are you a member of any organization in
25 Florida right now?

Page 26

1  A.  No, not that I'm aware of.
2  Q.  Okay. Well, what about a gym, on April 7,
3  2021?
4  A.  Unless the homeowner's association counts as
5  an organization?
6  Q.  Sure.
7  A.  Yeah. We have been a part of the homeowner's
8  association since we bought the home.
9  Q.  Since when?
10 A.  Since April 7th.
11 Q.  Did Camp Ravine have a homeowner's
12 association?
13 A.  It did not.
14 Q.  What kind of structure did it have to manage
15 the affairs of the common areas of Camp Ravine?
16 A.  It doesn't have common areas.
17 Q.  Okay. Between January 2021 and April 7,
18 2021, did you make any charitable contributions to
19 any organization?
20 A.  I don't remember.
21 Q.  Okay. Would your wife know that also?
22 A.  She may.
23 Q.  Okay. As of April 7, 2021, what state had
24 your driver's license?
25 A.  Tennessee.

Page 27

1  Q.  And has that changed to Florida yet?
2  A.  It has not.
3  Q.  And what about your car registration on
4  April 7, 2021?
5  A.  Tennessee.
6  Q.  Is that in Tennessee?
7  A.  Yes.
8  Q.  I'm sorry, was that a yes?
9  A.  That's a yes.
10 Q.  Okay. And is it still Tennessee?
11 A.  It is.
12 Q.  In 2021 have you filed any quarterly taxes?
13 A.  Not that I'm aware of, but my wife handles
14 that as well.
15 Q.  Okay. Is it safe for me to assume that your
16 wife handles most of the business aspects?
17 A.  Yes.
18 Q.  Got it. And on April 7, 2021, Mr. Mucerino,
19 where were your children registered for school, or
20 where were they in school?
21 A.  I don't have but one child who is in school,
22 and he was in school in Burns. He did virtual
23 school, though, so he was able to do school from
24 wherever we were.
25 Q.  But he was still registered in Burns?

Page 28

1  A.  That's right.
2  Q.  Or Dickson, whatever county that is?
3  A.  Yeah, Dickson County.
4  Q.  Thank you. Would your wife also know about
5  the Creekside Terrace and Better Built Homes' bank
6  accounts, where they are located?
7  A.  She would.
8  Q.  Mr. Mucerino, other than the two businesses
9  that we discussed, Creekside Terrace and Better Built
10 Homes, do you own any other businesses?
11 A.  I do not.
12 Q.  Whether in Tennessee or Florida?
13 A.  No.
14 Q.  And when I say own, I mean a member of or
15 partner of or anything like that. Are you involved
16 in any other business other than those two?
17 A.  Not that I remember.
18 Q.  Okay. Earlier Mr. Bulso provided me with a
19 deed dated April 5, 2021 for property located at
20 6308, I guess that's Cocoa Lane?
21 A.  Cocoa.
22 Q.  Cocoa?
23 A.  Uh-huh.
24 Q.  It's a misprint on my part.
25 A.  Cocoa Lane, yeah.

Case 3:21-cv-00284  Document 21-2  Filed 07/12/21  Page 9 of 16 PageID #: 127    25..28
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  Q.   Yes. And is that property that your father
2  sold to you also?
3  A.   No, that's his property.
4  Q.   That's his property?
5  A.   Yes.
6  Q.   But it was deeded to you on April 5th,
7  correct?
8  A.   No.
9  Q.   Give me one second.
10 A.   Okay.
11      MR. NEFFLEN: Let's go off the record
12 well quick.
13      (An off-the-record discussion was held.)
14 BY MR. NEFFLEN:
15 Q.   Mr. Mucerino, can you see the chat box where
16 you are?
17 A.   Yeah, I do.
18 Q.   Do you see that number 2?
19 A.   I see a number 1.
20 Q.   Okay.
21      (An off-the-record discussion was held.)
22 BY MR. NEFFLEN:
23 Q.   Mr. Mucerino, can you see that Warranty Deed
24 that I have up there?
25 A.   Yes.

1  Q.   Let me make sure I understand this right.
2  What it appears to say is that this warranty deed --
3  you see at the beginning there?
4  A.   Yes.
5  Q.   Is between Frank Mucerino, Jr. and Laura
6  Mucerino. Those are your parents?
7  A.   Yes.
8  Q.   And they are identified as the grantor, and
9  it identifies Frank Mucerino, III and Stephanie
10 Mucerino as the grantees. That's you and your wife,
11 correct?
12 A.   That's correct.
13 Q.   And it appears to deed this property, Lot 13,
14 Block 30, Mirabay Phase, to you and your wife.
15 A.   Okay.
16 Q.   Is that correct or incorrect?
17 A.   The names and addresses on there are correct,
18 yes.
19 Q.   Okay. And do you see the second page, it
20 shows the witnesses, and what I understand to be your
21 parents' signatures, and it's notarized.
22 A.   Yes.
23 Q.   You said the addresses and names were
24 correct. Is the grant incorrect?
25      What's incorrect about this?

1  A.   This is the first time that I've seen this
2  warranty deed. Like I said, my wife handles this
3  stuff most of the time.
4       I think what I understood your question
5  to be earlier is you asked me did they grant me 6308
6  Cocoa Lane, and they did not, so --
7  Q.   I misspoke.
8  A.   Okay.
9  Q.   So I appreciate the correction.
10      Are you aware that they granted you this
11 property reflected in the warranty deed that we are
12 looking at right now?
13 A.   Yes.
14 Q.   Okay. So you do own that property now?
15 A.   I do, yes.
16      MR. NEFFLEN: Okay. Before we go any
17 further, let's mark this as Exhibit 1.
18      (WHEREUPON, a document was marked as
19 Exhibit Number 1.)
20 BY MR. NEFFLEN:
21 Q.   So with that clarification, Mr. Mucerino,
22 what is this piece of property? Is it a piece of
23 undeveloped property, or is there a home on it?
24 A.   It's my house that I live in, my primary
25 residence.

1  Q.   So are you telling me that Lot 13, Block 30,
2  Mirabay Phase 3B-2 is the same as 5711 Sea Turtle
3  Place?
4  A.   I don't know.
5  Q.   Okay.
6  A.   I'm familiar with my address, it's 5711 Sea
7  Turtle Place, but not the legal description of the
8  Lot 13, Block 30, Mirabay Phase 3B-2.
9  Q.   Are you aware of any other property that you
10 own in Florida?
11 A.   I'm not.
12 Q.   Just the 5711 Sea Turtle Place?
13 A.   Correct.
14 Q.   Okay. In the second paragraph of this
15 warranty deed we are looking at, it says,
16 "Consideration in the sum of $10."
17      Then at the top of this thing, this
18 warranty deed, excuse me, Exhibit 1, it says,
19 "Consideration $650,000."
20      Did you pay your parents $650,000 for
21 5711 Sea Turtle Place?
22 A.   I did.
23 Q.   Did you give them $10 for anything else?
24      MR. BULSO: Object to the form.
25      MR. NEFFLEN: That's a bad question.

Page 33

1  BY MR. NEFFLEN:
2  Q.    Did you give them $10 for any other real
3  property in Tennessee?
4  A.    In Tennessee?
5  Q.    I'm sorry.  In Florida?
6  A.    Not that I recall.
7  Q.    Okay.  Mr. Mucerino, are you currently
8  working in Florida?
9  A.    I am, yes.
10 Q.    What is your job there?
11 A.    We started construction here.
12 Q.    As the owner of a company or as an employee
13 of a company or as an independent contractor?
14 A.    Independent contractor.
15 Q.    And, Mr. Mucerino, are you aware of any
16 investments that you have, or should I ask your wife
17 that question?
18 A.    You can ask her.
19 Q.    Are you aware of any investments that you
20 have?
21 A.    What type of investments?
22 Q.    Any.  I'm talking about stocks.  We are
23 talking about -- I know about Creekside Terrace and I
24 know about Better Built Homes.
25       Any stocks, investment accounts?

Page 34

1  A.    She handles that as well.  She would be the
2  best person to ask.
3  Q.    Fair enough.  I'm going to step away for a
4  second, Mr. Mucerino.  I believe we are done, but I
5  want to consult with my associate here.
6  A.    Okay.
7  Q.    And I'll be right back, and I believe we'll
8  be ready to talk with your wife for a few minutes.
9  A.    Okay.
10       (An off-the-record discussion was held.)
11 BY MR. NEFFLEN:
12 Q.    Mr. Mucerino, one last question.
13       Do you recall when the first time you
14 spent the night in your current home at Sea Turtle on
15 or after April 7, 2021?
16       MR. BULSO:  Object to the form.
17 BY MR. NEFFLEN:
18 Q.    Let me see if I can clarify that.
19       Between April 7, 2021 and the present, do
20 you recall the first time you spent the night
21 overnight at your home at Sea Turtle?
22 A.    Give me one second, please.
23 Q.    Hold on.  Mr. Mucerino, you can't talk to
24 your wife.  I'm sorry.
25 A.    My little girl was out here.

Page 35

1  Q.    I apologize.
2  A.    I'm sorry for interrupting.  Can you ask me
3  that again?  I'm sorry, she was wanting a snack.
4  Q.    Do you need to take a break?
5  A.    No.  No, I'm good.
6  Q.    Between April 7, 2021 and the present, do
7  recall the first time you spent the night at your Sea
8  Turtle home?
9  A.    No, I don't remember.
10       MR. NEFFLEN:  Okay.  Fair enough.
11 Mr. Mucerino, I appreciate your time, and we'll go to
12 talk with your wife now.
13       THE WITNESS:  All right.  Thank you.
14       MR. BULSO:  We have no questions.
15       (An off-the-record discussion was held.)
16       MR. BULSO:  Standard caption under the
17 Tennessee rules?
18       MR. NEFFLEN:  That's fine.
19       FURTHER DEPONENT SAITH NOT
20       (Proceedings concluded at 2:24 p.m.)

Page 36

1  REPORTER'S CERTIFICATE
2
3  STATE OF TENNESSEE
4  COUNTY OF DAVIDSON
5       I, SANDRA ANDRYS, LCR, RPR, RMR, with
6  offices in Nashville, Tennessee, hereby certify that
7  I reported the foregoing videoconference deposition
8  of FRANK L. MUCERINO, III, by machine shorthand to
9  the best of my skills and abilities, and thereafter
10 the same was reduced to typewritten form by me.
11      I further certify that I am not related
12 to any of the parties named herein, nor their
13 counsel, and have no interest, financial or
14 otherwise, in the outcome of the proceedings.
15      I further certify that in order for this
   document to be considered a true and correct copy, it
16 must bear my original signature and that any
   unauthorized reproduction in whole or in part and/or
17 transfer of this document is not authorized, will not
   be considered authentic, and will be in violation of
18 Tennessee Code Annotated 39-14-104, Theft of
   Services.
19
20
21
                        _
22      SANDRA ANDRYS, LCR, RPR, RMR
        Elite Reporting Services
23      Licensed Court Reporter (TN)
        Notary Public State of Tennessee
24
        My Notary Commission Expires:  6/26/22
25      LCR 583 - Expires:  6/30/2022

Case 3:21-cv-00284  Document 21-2  Filed 07/12/21  Page 11 of 16 PageID #: 129
Elite-Brentwood Reporting Services (615) 595-0073    33..36
www.EliteReportingServices.com

## Exhibits

**Ex 01 -**
  **Frank Mucerino** 3:11
  31:17,19 32:18

## $

**$10** 32:16,23 33:2
**$650,000** 32:19,20

## 1

**1** 14:20 29:19 31:17,19 32:18
**10** 24:14
**1010** 12:6
**110** 12:25 18:9,12
**1102** 19:19 21:22
**112** 19:17,18
**13** 30:13 32:1,8
**1309** 12:22
**1313** 11:9
**1315** 11:3,5,7
**1319** 12:17
**1333** 11:21
**1387** 10:20 16:20 17:7, 22,25 18:3 21:17
**1425** 11:25
**17** 10:2 20:24
**17739** 14:8
**1911** 10:25 11:4
**1959** 12:20
**1981** 8:23,24
**1st** 24:14

## 2

**2** 29:18
**2007** 11:5
**2008** 10:5,6
**2012** 21:10
**2015** 11:2,4,7 22:15
**2018** 12:16 20:24
**2021** 5:10 6:17,24 7:3 9:22,23 10:21 14:20 16:13,20 17:21,24 18:20, 23 24:15,18,24,25 25:7 26:3,17,18,23 27:4,12,18 28:19 34:15,19 35:6
**25** 21:10
**281** 19:12
**2:24** 35:20

## 3

**3-31** 17:8
**3-31-2021** 18:4
**3-31-21** 17:12
**30** 30:14 32:1,8
**31** 16:20 17:21,24
**31st** 10:21
**3B-2** 32:2,8

## 4

**420** 12:2

## 5

**5** 22:15 28:19
**502** 12:10
**5020** 12:11
**5711** 7:20,21 32:2,6,12, 21
**5th** 29:6

## 6

**6308** 28:20 31:5

## 7

**7** 5:10 6:17,24 7:3 16:13 18:20,23 24:18,24,25 25:7 26:2,17,23 27:4,18 34:15,19 35:6
**778** 11:16
**7th** 6:15 7:15,22 26:10

## 9

**90s** 22:20
**96** 11:25

## A

**A-201-L** 13:22
**accounts** 24:25 25:1 28:6 33:25
**accurate** 22:16
**action** 5:9
**address** 7:19 12:1,5,9, 19,21,24 13:1,8,23 14:10 16:6 21:21 32:6
**addresses** 16:8 30:17, 23
**affairs** 26:15
**agent** 21:25
**ahead** 14:3
**Apollo** 7:18 9:19 19:24
**apologize** 35:1
**appears** 30:2,13
**April** 5:10 6:15,17,24 7:3, 9,15,22 14:20 16:13 18:20,23 24:14,18,24,25 25:7 26:2,10,17,23 27:4, 18 28:19 29:6 34:15,19 35:6
**areas** 26:15,16
**aspects** 27:16
**assist** 23:12
**associate** 34:5
**association** 26:4,8,12
**assume** 27:15
**assuming** 15:13
**aware** 21:7,15,18,20,23, 24 22:1,3 24:13 26:1 27:13 31:10 32:9 33:15, 19

## B

**back** 6:25 13:21 17:11,13 22:20 34:7
**bad** 32:25
**bank** 15:15 24:25 25:1 28:5
**basis** 23:11,14 24:2
**Beach** 7:18 9:19 14:8 19:24
**beginning** 30:3
**bell** 22:15
**belongings** 17:25 18:2
**Blakemore** 11:16,19 13:25
**Block** 30:14 32:1,8
**born** 8:17,18 10:9
**bought** 26:8
**box** 19:12,14,17,19,20 21:22 29:15
**Boxes** 19:8,9
**break** 6:9 35:4
**Brook** 12:25 18:9,12
**building** 15:1
**buildings** 18:7
**built** 19:15 22:10,11,18, 25 23:7,8,9,15,19 28:5,9 33:24
**Bulso** 28:18 32:24 34:16 35:14,16
**Burns** 10:20 12:10,12,17 16:3,5 18:7,11 23:13 27:22,25
**business** 14:24 19:15 20:8 27:16 28:16
**businesses** 28:8,10
**buyer** 16:23

## C

**calendar** 24:8
**call** 23:12

called 5:3 15:7
Camp 10:20 12:17 15:6,9,23 16:10,20 17:7,22,25 18:3 21:17 23:20,21 24:15 26:11,15
caption 35:16
car 27:3
changed 27:1
charitable 26:18
chat 29:15
child 27:21
children 27:19
church 25:20
clarification 31:21
clarify 34:18
clear 15:16
closed 17:8
closing 17:10
clubs 25:8
Cocoa 28:20,21,22,25 31:6
common 26:15,16
company 8:3 20:9,10,12,13,15,17 21:13 22:12,18 33:12,13
complete 5:14
completely 19:2
concluded 35:20
Consideration 32:16,19
construction 14:23 15:9,12 23:13,14,22,24 33:11
consult 34:5
contract 7:25 8:5
contractor 23:9,10 24:1 33:13,14
contributions 26:18
correct 6:13,14 9:18,25 13:13 15:12 16:2,9,12,21,24,25 17:14 18:20 20:18 21:2,9,10 24:23 29:7 30:11,12,16,17,24 32:13
correction 31:9
correctly 13:11 20:25
Cottages 15:7,20,22 16:1,3
counts 26:4
county 28:2,3
couple 7:6,8 17:13,18 19:8
court 6:1
cover 5:12
covered 5:11
Creekside 5:10 20:7,9 21:3,6,9,16,22,25 22:5,7,8 23:16 28:5,9 33:23
current 34:14

D

dad 14:6 20:10,14 22:21
Dale 16:24 17:2
date 16:15 17:10,21 18:18
dated 28:19
dates 19:1 22:17
day 7:1 9:12,13 17:9
day-to-day 23:11,14
deed 8:6 28:19 29:23 30:2,13 31:2,11 32:15,18
deeded 29:6
DEPONENT 35:19
deposition 6:3,8 8:14
describe 23:11
description 32:7
development 20:12
developments 15:3 24:6,9,12,16
Dickson 10:25 11:3,9,16,22 12:7,20,23,25 13:22 16:4 19:12,17,19,21 21:22 28:2,3
discussed 28:9
discussion 29:13,21

34:10 35:15
document 31:18
Drive 12:6,8,25 18:9,12
driver's 26:24
duly 5:3

E

earlier 6:12 14:5 16:1 22:10 28:18 31:5
employee 33:12
estate 10:15 14:19,21,25 20:2
Estates 15:6,24 16:11 23:21
estimate 15:8
exact 18:18
EXAMINATION 5:6
excuse 32:18
Exhibit 31:17,19 32:18

F

Fair 34:3 35:10
Fairview 11:25
familiar 12:1,5,8,18,21,24,25 13:7,23 14:10 19:18 32:6
father 11:19 29:1
father's 11:12,24
feel 6:8
figure 6:23 7:1,2
filed 5:9 27:12
find 6:9
fine 11:21 35:18
Florida 6:21 7:11,12,14,17 9:1,21 13:10 18:6,10,15,16,19 20:23 24:22 25:3,17,22,25 27:1 28:12 32:10 33:5,8
form 32:24 34:16
formation 21:12

formed 21:10 22:14
Frank 5:2 6:13 11:13 30:5,9
friend 13:16,19
Front 14:8
full 6:12

G

gate 17:19
girl 34:25
give 5:13,25 13:15 29:9 32:23 33:2 34:22
good 6:10 35:5
grant 30:24 31:5
granted 31:10
grantees 30:10
grantor 30:8
ground 5:12
guess 9:5 28:20
guessing 12:16
gym 26:2

H

half 9:12,14
handle 22:24
handles 8:10 27:13,16 31:2 34:1
hands 8:9
head 6:2
held 29:13,21 34:10 35:15
helping 17:15
Highway 11:25
Hold 34:23
holding 20:10,12
home 16:20 18:19,20 19:25 23:12 26:8 31:23 34:14,21 35:8
homeowner's 26:4,7,11

Case 3:21-cv-00284 Document 21-2 Filed 07/12/21 Page 13 of 16 PageID #: 131

Elite-Brentwood Reporting Services (615) 595-0073   i2
www.EliteReportingServices.com

**homes** 19:16 22:10,11, 19,25 23:7,8,9,13,15,19, 21,24 28:10 33:24

**Homes'** 28:5

**house** 11:5,19 17:19 18:8 31:24

**house-building** 14:24

### I

**identified** 14:16,22 30:8

**identifies** 21:21 30:9

**identify** 19:8

**III** 5:2 6:13 30:9

**important** 5:14,25

**incorrect** 30:16,24,25

**independent** 33:13,14

**Initially** 22:20,22

**interrupt** 5:15

**interrupted** 14:2

**interrupting** 35:2

**investment** 12:12 20:4 33:25

**investments** 33:16,19, 21

**involved** 21:12 28:15

**items** 18:6,8

### J

**January** 26:17

**Jason** 13:20

**job** 33:10

**John** 5:8

**Josh** 5:9

**Jr** 11:13 30:5

**junior** 11:15

### K

**kind** 7:6 26:14

### L

**Lane** 12:10 28:20,25 31:6

**late** 20:24

**Laura** 20:22 30:5

**Learning** 17:17

**left** 18:8,11 19:4,5

**legal** 32:7

**license** 26:24

**life** 9:24

**list** 10:14 14:13

**listed** 15:17 21:24

**lists** 21:16

**live** 19:21,23,24 31:24

**lived** 8:21,23,24 9:24 11:5 20:23,24

**LLC** 20:7,9 21:17 22:11

**loan** 15:9,15

**loans** 14:23 15:12,21,22, 23,25 16:10

**located** 6:16 18:7 25:1 28:6,19

**long** 6:7 8:21 9:4 10:1 20:23

**lot** 7:6 30:13 32:1,8

**loud** 6:1

**Louis** 6:13

### M

**mailing** 21:21

**make** 26:18 30:1

**manage** 26:14

**March** 9:22,23 10:21 16:20 17:21,24 18:16 24:3,4,7

**mark** 31:17

**marked** 31:18

**married** 10:1,2,3,5,12

**Martin** 5:9

**Mccord** 13:22

**means** 15:13 24:21

**meet** 10:10

**member** 20:14,17,19 21:5 25:7,16,24 28:14

**mentioned** 16:1 22:10

**mid** 22:20

**Mill** 12:2,3

**minutes** 34:8

**Mirabay** 30:14 32:2,8

**misprint** 28:24

**misspoke** 31:7

**misunderstood** 15:25

**money** 15:15

**month** 15:2

**months** 7:6,8

**mother** 20:20

**move** 9:21 18:5 19:6

**moved** 7:6 9:23 18:6,10, 12,14 19:2

**moving** 7:16,17 9:22 18:16,22

**Mucerino** 5:2,8 6:13 8:16 10:14 11:13,14 12:15 14:14 24:18 27:18 28:8 29:15,23 30:5,6,9, 10 31:21 33:7,15 34:4, 12,23 35:11

### N

**names** 15:4 30:17,23

**Nashville** 8:19 10:9,11 12:2

**native** 8:21

**Nefflen** 5:7,8 29:11,14, 22 31:16,20 32:25 33:1 34:11,17 35:10,18

**night** 34:14,20 35:7

**nod** 6:2

**notarized** 30:21

**number** 5:13 29:18,19 31:19

### O

**Oak** 12:6,8

**Object** 32:24 34:16

**obligated** 17:7

**October** 21:10

**off-the-record** 29:13,21 34:10 35:15

**office** 21:16

**officer** 21:3,5

**opener** 17:19

**organization** 25:17,24 26:5,19

**organizations** 25:8

**overnight** 34:21

**oversee** 23:13

**owe** 15:15

**owned** 11:17,23

**owner** 15:18 23:8,10 24:1 33:12

**owns** 13:5,6,12

### P

**p.m.** 35:20

**P.O.** 19:8,9,12,14,17,19, 20 21:22

**Panama** 14:8

**paperwork** 8:2,4 22:25

**paragraph** 32:14

**parents** 7:24 19:21 20:23 30:6 32:20

**parents'** 19:20 30:21

**part** 7:9 26:7 28:24

**partner** 28:15

**pay** 32:20

**permission** 13:15

**person** 34:2

**personal** 17:25 18:2 19:5 25:1

| | | | |
|---|---|---|---|
| personally 5:23 6:4 | **R** | rules 5:12 35:17 | Steven 16:23 17:2 |
| Phase 30:14 32:2,8 | | | stocks 33:22,25 |
| physically 6:16 | Ravine 10:20 12:17 15:6, 9,23 16:11,20 17:7,22,25 18:3 21:17 23:20,21 24:15 26:11,15 | **S** | stop 6:10 |
| piece 31:22 | | | storage 18:7,11 |
| Pilkington 13:20 | | safe 27:15 | structure 26:14 |
| place 6:10 7:20,21 8:1,6 32:3,7,12,21 | ready 34:8 | SAITH 35:19 | stuff 13:10 18:10,15 19:15 31:3 |
| pool 17:17 | real 5:13 10:15 14:19,21, 25 20:2 33:2 | Sandy 5:11 | subcontractors 23:12 |
| possibly 11:20 | | schedule 7:5 | subdivision 23:20 |
| Post 12:6,8 | recall 8:4 21:14 25:15 33:6 34:13,20 35:7 | school 27:19,20,21,22, 23 | subsequent 22:22 |
| Powder 12:2,3 | record 5:19 29:11 | Sea 7:20,21 8:1,7 9:2,16 18:19,23 19:2 32:2,6,12, 21 34:14,21 35:7 | sum 32:16 |
| present 34:19 35:6 | refer 9:16 | | sworn 5:4 |
| primary 10:22 31:24 | reflected 31:11 | search 10:15 | Sycamore 15:7,20,22 16:1,3,7 23:23 24:16 |
| principal 21:16 | registered 21:25 24:19, 20,21 27:19,25 | Secretary 21:15,21 | |
| prior 11:5 | | sell 12:14 | **T** |
| proceedings 35:20 | registration 27:3 | set 21:4 22:3,18,20 23:1, 3,6 | |
| project 12:11 | regular 24:2 | shows 30:20 | talk 5:20 34:8,23 35:12 |
| properties 10:14,17 14:15 15:8,12,14 16:6,10 | relation 17:4 | signatures 30:21 | talking 33:22,23 |
| | remaining 18:8 | sir 12:4 | Tampa 9:19 |
| property 11:1,10,11,17, 23 12:12,18 13:3,5,6,12, 14,24 17:11 18:22 19:4, 5,25 20:5,10,12 28:19 29:1,3,4 30:13 31:11,14, 22,23 32:9 33:3 | remember 6:18,20,22 7:4 16:17,18 18:14,18, 22,25 19:1 24:17 25:16, 19 26:20 28:17 35:9 | site 24:2,4,9,12,15 | taxes 27:12 |
| | | sites 24:7 | telling 32:1 |
| | | sites' 24:9 | temporary 13:9 |
| | remind 5:22,23 6:4 20:21 | snack 35:3 | Tennessee 6:19 8:19, 20,21,22,24 9:8,10,13, 17,24 10:8,12 14:2,15,21 19:4,5 20:1,3,5,6 21:1,20 24:20 25:3,18,22 26:25 27:5,6,10 28:12 33:3,4 35:17 |
| provide 8:3,11 | remove 18:2 | social 25:8 | |
| provided 28:18 | reporter 6:1 | sold 10:21 11:2,7 12:12 16:19 29:2 | |
| purchase 7:21,23 8:1 | represent 5:9 | | |
| purchased 18:19 | resided 17:21 | sort 17:15 25:17 | |
| put 8:9 | residence 9:2 10:22 13:9 16:13 20:4,5,6 21:1 31:25 | sound 22:16 | Terrace 20:7,9 21:3,6,9, 17,22,25 22:6,7,8 23:16 28:5,9 33:23 |
| | | specific 9:6 | |
| **Q** | | spent 34:14,20 35:7 | |
| | response 5:14 6:1,2 | Standard 35:16 | testified 5:4 |
| quarterly 27:12 | Rich 16:24 17:2 | started 9:22 18:16 20:10 33:11 | thing 32:17 |
| question 5:16,17 9:6 15:21 23:18 31:4 32:25 33:17 34:12 | rid 10:18 | | things 17:14,15 |
| | Ridge 10:25 11:3,9,21 12:20,22,23 15:7,23 | state 21:16,21 26:23 | thought 5:15 |
| | | staying 16:14 | time 6:8 9:7,9 10:23 31:1,3 34:13,20 35:7,11 |
| questions 5:7 17:18 35:14 | ring 22:15 | step 34:3 | |
| | Road 10:25 11:3,9,16,19, 21 12:2,3,17,20,22,23 13:25 14:8 16:20 17:7 | Stephanie 30:9 | times 17:13 |
| quick 5:13 29:12 | | Steve 17:13,16 | title 8:3 15:13,16 |
| | role 22:5,7 23:7,10 24:1 | | told 6:12 |

top 32:17

transaction 17:6

transition 13:10

traveling 7:10

Trinity 12:10

true 23:23

turn 5:16

Turtle 7:20,21 8:1,7 9:2,
 16 18:19,23 19:2 32:2,7,
 12,21 34:14,21 35:8

type 8:2,4 33:21

Typically 24:3

### U

uh-huh 6:3 13:18 17:9
 28:23

understand 13:11 16:23
 20:25 22:11 30:1,20

understanding 21:8
 22:14

understood 31:4

undeveloped 31:23

units 18:11

### V

vacate 17:7,9

verify 24:11

virtual 27:22

visited 9:7

vote 24:19,20,21

### W

wanted 10:16

wanting 35:3

warranty 29:23 30:2
 31:2,11 32:15,18

week 9:12,14

wife 8:10 10:1 21:5 22:4
 23:3,6 25:6 26:21 27:13,
 16 28:4 30:10,14 31:2
 33:16 34:8,24 35:12

witnesses 30:20

work 6:3

worked 17:17,20

working 33:8

wrong 21:9

### Y

year 12:14

years 10:2 20:10

younger 11:20