# EXHIBIT C

# License Search and Verification

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

<< Click Here To Go Back To The Search Page

### License Details

| | |
|---|---|
| **License Status** | Active - Fully Licensed |
| **License #** | 37751 |
| **License ID** | 37751 |
| **Expiration Date** | Apr 30 2023 |
| **Original Date** | Apr 16 1996 |
| **Profession Code** | 1801 |
| **Profession Name** | Contractor |
| **First Name** | \ |
| **Middle Name** | \ |
| **Last Name** | FRANK MUCERINO (DBA) BETTER BUILT HOMES |
| **City** | DICKSON |
| **State** | TN |
| **Zip Code** | 37056-1102 |
| **Rank** | Contractor |
| **License Activity Description** | Active - Fully Licensed |

### Classification and Limit

| | |
|---|---|
| CLASS | BC-b(sm) |
| MONETARY LIMIT | $1,500,000 |

Case 3:21-cv-00284   Document 21-3   Filed 07/12/21   Page 2 of 2 PageID #: 136