# EXHIBIT D

# MUCERINO, et al.

# vs.

# MARTIN

# STEPHANIE MUCERINO

# June 07, 2021



**Sandy Andrys, LCR, RPR, RMR**

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

Case 3:21-cv-00284   Document 21-4   Filed 07/12/21   Page 2 of 11 PageID #: 138

```
 1            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2                       AT NASHVILLE
   _____
 3
   FRANK MUCERINO, III and
 4 CREEKSIDE TERRACE, LLC,
 5           Plaintiffs,
 6 vs.                            Case No. 3:21-cv-00284
 7 CHARLES JOSHUA DALE MARTIN,
 8           Defendant.
   _____
 9
10
11
12
13
                 Videoconference Deposition of:
14
                      STEPHANIE L. MUCERINO
15
                 Taken on behalf of the Defendant
16
                          June 7, 2021
17
                    Commencing at 2:33 p.m.
18
19
20
21
   _____
22
                Elite-Brentwood Reporting Services
23                 www.elitereportingservices.com
                   Sandra Andrys, LCR, RPR, RMR
24                        P.O. Box 292382
                        Nashville, Tennessee
25                        (615)595-0073
```

```
                                                    Page 2
 1                      A P P E A R A N C E S
 2
 3
 4 For the Plaintiffs:
 5        MR. JOHN P. NEFFLEN
          Attorney at Law
 6        Shackelford, Bowen, McKinley & Norton, LLP
          1 Music Circle S., Suite 300
 7        Nashville, Tennessee  37219-2392
          (615) 256-7200
 8        lnefflen@shackelford.law
 9
10
   For the Defendant:
11
          MR. EUGENE N. BULSO, JR.
12        Attorney at Law
          Bulso, PLC
13        155 Franklin Road, Suite 400
          Brentwood, Tennessee 37027
14        (615)913-5200
          Gbulso@bulso.com
15
16
17
18
19 Also Present:
20        MR. FRANK MUCERINO, III
21
22
23
24
25
```

```
                                                    Page 3
 1                      I N D E X
 2                                                  Page
   Examination
 3 By Mr. Nefflen                                   5
 4
 5
 6
 7
 8
 9              E X H I B I T S
10                                                  Page
11 Exhibit No. 1                                    18
         April 15, 2021 Text Message
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 4
 1                    S T I P U L A T I O N S
 2
 3
 4            The videoconference deposition of
 5 STEPHANIE L. MUCERINO, was taken by counsel for the
 6 Defendant, with all participants appearing at their
 7 respective locations, on June 7, 2021, for all
 8 purposes under the Federal Rules of Civil Procedure.
 9            All objections, except as to the form of
10 the questions, are reserved to the hearing, and that
11 said deposition may be read and used in evidence in
12 said cause of action in any trial thereon or any
13 proceeding herein.
14            It is agreed that SANDRA ANDRYS, LCR,
15 RPR, RMR, Notary Public and Court Reporter for the
16 State of Tennessee, may swear the witness remotely,
17 and that the reading and signing of the completed
18 deposition by the witness was not mentioned.
19
20
21
22
23
24
25
```

Page 5

```
 1                    * * *
 2             STEPHANIE L. MUCERINO
 3   was called as a witness, and having first been duly
 4   sworn, testified as follows:
 5
 6                   EXAMINATION
 7   QUESTIONS BY MR. NEFFLEN:
 8   Q.    Hello, Ms. Mucerino.  How are you doing?
 9   A.    Good.  How are you?
10   Q.    Good.  Hold on one second.  I believe
11   Mr. Martin, yeah, he's joined in.
12         Is it correct, Ms. Mucerino, that you
13   formed both Creekside Terrace and Better Built Homes?
14   A.    I don't recall.
15         MR. BULSO:  Object to the form.
16   BY MR. NEFFLEN:
17   Q.    Say again, ma'am?  I'm sorry.
18   A.    I don't recall.
19   Q.    You don't recall?
20   A.    No.
21   Q.    Do you know who formed Creekside Terrace, LLC
22   and Better Built Homes, LLC?
23   A.    It's been a while.  I do not.
24   Q.    Do you know who was responsible for filing
25   both companies' annual reports?
```

Page 6

```
 1   A.    I typically do that.
 2   Q.    So you did that?
 3   A.    Yes.
 4   Q.    Did you do that in April of 2021, this year?
 5   A.    I believe so.
 6   Q.    Are you aware, Ms. Mucerino, that the
 7   Secretary of State's website shows that the principal
 8   office for Creekside Terrace, LLC, is 1387 Camp
 9   Ravine Road?
10   A.    In the sense of?
11   Q.    Are you aware -- I'm sorry.
12   A.    What was the question?  I'm sorry.
13   Q.    The question is, are you aware that the
14   Secretary of State's website reports that the
15   principal office for Creekside Terrace, LLC is 1387
16   Camp Ravine Road?
17   A.    Yes.
18   Q.    You are aware of that.  Okay.
19         And I think you said earlier you are
20   responsible for filing the annual report?
21   A.    Yes.
22   Q.    Okay.  And is it correct that you did not
23   change the principal office for Camp Ravine Road when
24   you filed that annual report?
25   A.    I don't recall.
```

Page 7

```
 1   Q.    Okay.  Did you change the principal office
 2   for Camp Ravine Road when you filed the April 2021
 3   annual report?
 4   A.    I don't recall.
 5   Q.    Okay.  And for Better Built Homes, is it
 6   correct that you also filed the annual report for
 7   Better Built Homes, LLC?
 8   A.    Yes.
 9   Q.    And was that done in April of 2021?
10   A.    I don't recall the exact date.
11   Q.    How would we find out the exact date, or how
12   would you find out the exact date that you filed?
13   A.    I don't know.
14   Q.    Are you aware that the Secretary of State's
15   website shows that for Better Built Homes, LLC, the
16   principal office is 1387 Camp Ravine Road?
17   A.    Yes.
18   Q.    You are aware of that?
19   A.    Yes.
20   Q.    Okay.  And in April of 2021, when you filed
21   the annual report, you didn't change that?
22   A.    I don't recall.
23   Q.    Let me ask you this way.  Are you aware that
24   the Secretary of State's website shows for both
25   Creekside Terrace, LLC and Better Built Homes, LLC
```

Page 8

```
 1   that the registered agent is Frank Mucerino, III?
 2   A.    I don't recall.
 3   Q.    Who would have listed your husband as the
 4   registered agent for both of those companies?
 5   A.    I'm not sure.
 6         MR. BULSO:  Object to the form.
 7   BY MR. NEFFLEN:
 8   Q.    Did you list your husband as the registered
 9   agent for both of those companies?
10   A.    I don't recall.
11   Q.    Okay.  Do you know who would have?
12         MR. BULSO:  Object to the form, calls for
13   speculation.
14   BY MR. NEFFLEN:
15   Q.    Okay.  Are you aware of anybody else involved
16   in the formation of Creekside Terrace, LLC, and
17   Better Built Homes, LLC?
18   A.    I don't recall.
19   Q.    Now, I'm assuming, and correct me if I'm
20   wrong, that you and your husband have a personal bank
21   account.  Am I correct?
22   A.    Yes.
23   Q.    Okay.  Is there more than one for you and
24   your husband?
25   A.    Personal bank account?
```

1  Q.   Yes.
2  **A.   The personal bank account, no.**
3  Q.   Where is that bank account located?
4  **A.   First Bank.**
5  Q.   First Bank in what state?
6  **A.   Tennessee.**
7  Q.   On April 7th, your personal bank account was
8  located at First Bank in Tennessee?
9  **A.   Yes.**
10 Q.   And it's there today as we take this
11 deposition?
12 **A.   Yes.**
13 Q.   Okay.  Are you responsible for keeping the
14 financial records and bank accounts for Creekside
15 Terrace, LLC and Better Built Homes, LLC?
16 **A.   Yes.**
17 Q.   Am I correct that both of those entities have
18 a bank account?
19 **A.   Yes.**
20 Q.   Okay.  And where are those two bank accounts
21 located?
22 **A.   First Bank in Tennessee.**
23 Q.   Okay.  They were located there on April 7th
24 and they are located there today, correct?
25 **A.   Yes.**

1  Q.   You might have to speak up, Ms. Mucerino.
2  **A.   Yes.**
3  Q.   Are you a member of Creekside Terrace, LLC?
4  **A.   No.**
5  Q.   Are you an employee of Creekside Terrace,
6  LLC?
7  **A.   No.**
8  Q.   How are you the representative of Creekside
9  Terrace, LLC?  In what capacity are you the
10 representative of Creekside Terrace, LLC today?
11        MR. BULSO:  Object to the form.
12        **THE WITNESS:  Bookkeeper.**
13 BY MR. NEFFLEN:
14 Q.   Because you are the bookkeeper?
15        MR. BULSO:  Same objection.
16 BY MR. NEFFLEN:
17 Q.   Ms. Mucerino, I misunderstood what you said.
18 Did you say because you were the bookkeeper?
19 **A.   Yes.**
20 Q.   So in your capacity as a bookkeeper, are you
21 an employee of Creekside Terrace, LLC?
22 **A.   I am not on -- I mean, I'm not paid as an**
23 **employee, no.**
24 Q.   But you are the bookkeeper?
25 **A.   Yes.**

1  Q.   On April 7, 2021, do you know where you were?
2  **A.   Yes.**
3  Q.   Where were you?
4  **A.   Florida.**
5  Q.   Florida.  And how do you know that?
6  **A.   We were here for the closing.**
7  Q.   And when did that closing take place?
8  **A.   We signed the paperwork, I believe, on**
9  **April 5th, that Monday.**
10 Q.   Signed what paperwork?
11 **A.   The closing documents.**
12 Q.   Were you able to see the deed that I showed
13 your husband that was marked as Exhibit 1 to his
14 deposition?
15 **A.   Yes.**
16 Q.   Okay.  And let me bring it up just to make
17 sure we are talking about the same thing.
18        Ms. Mucerino, can you see that warranty
19 deed?
20 **A.   I do.**
21 Q.   Is this the same property -- is this warranty
22 deed for 5711 Sea Turtle Place, or is it for a
23 different piece of property?
24 **A.   It should be for 5711 Sea Turtle Place.**
25 Q.   I'm sorry?

1  **A.   We only know the 9-1-1 address for the**
2  **property.**
3  Q.   I'm sorry.  You know the 5711 address?
4  **A.   Correct.  Yes.  Correct.  That's the way we**
5  **know the property.**
6  Q.   Okay.  Are you aware of any other property
7  that you own in Florida?
8  **A.   No.**
9  Q.   All right.  Where did the closing take place?
10 **A.   In Florida.**
11 Q.   Where in Florida?
12 **A.   At the house.**
13 Q.   Who was present?
14 **A.   Frank, myself, Frank, Jr. and Laura, and**
15 **Christine Nargi, the notary.**
16 Q.   When did you return to Tennessee?
17 **A.   I don't recall.**
18 Q.   As I understand it, a week later you had a
19 yard sale, like a community yard sale.  Do you recall
20 that?
21        Well, first of all, is that correct?
22 **A.   Yes.**
23 Q.   Yeah.  And you posted on Facebook about the
24 yard sale, correct?
25 **A.   Correct.**

1 Q. Tell me about that yard sale. What was going
2 on?
3 A. **Besides it being a yard sale?**
4 Q. Well, give me the specifics of it. Was it
5 multiple families? Where was it done?
6 A. **It was multiple families.**
7 Q. Say it again.
8     MR. BULSO: Objection, compound.
9 BY MR. NEFFLEN:
10 Q. Say it again, Ms. Mucerino.
11 A. **It was multiple families.**
12 Q. Okay. And who was included in that, in the
13 multiple families?
14 A. **The neighbors to 1387 Camp Ravine Road.**
15 Q. Were you selling stuff at that yard sale?
16 A. **Yes.**
17 Q. And what were you selling?
18 A. **Things that we didn't want to take to**
19 **Florida.**
20 Q. Before I move on, can we agree that that yard
21 sale took place between April 15th and April 17,
22 2021?
23 A. **I don't know exactly, but it was on a**
24 **weekend. So if that is a weekend, then, yes.**
25 Q. I tell you what, just so we can nail the date

1 down, I'm going to show you a couple of the Facebook
2 posts.
3 A. **I believe the 15th is a Thursday, and I don't**
4 **believe it took place that day.**
5 Q. When the yard sale was going on, was
6 Mr. Mucerino with you?
7 A. **I don't recall.**
8 Q. Give me one second.
9     Ms. Mucerino, can you see that Facebook
10 post?
11 A. **I do.**
12 Q. And is that your Facebook post?
13 A. **It is.**
14 Q. Okay. And the date on there is April 16th?
15 A. **Correct.**
16 Q. Okay. And is this the yard sale that we were
17 talking about?
18 A. **It is.**
19 Q. Okay. So we can agree that the yard sale
20 took place at least on April 16th, correct?
21 A. **Correct.**
22 Q. And that you were in Burns, Tennessee on
23 April 16th --
24 A. **Correct.**
25 Q. -- 2021?

1 A. **Okay.**
2 Q. Let me shut this off.
3     When did you vacate the home located at
4 1387 Camp Ravine Road?
5 A. **On or before 3-31.**
6 Q. The property that you took to the yard sale,
7 where was that stored?
8 A. **At the location of the yard sale.**
9 Q. At 1350 Camp Ravine Road?
10 A. **Correct.**
11 Q. And what I'm asking is, before the yard sale,
12 where was it stored? Let me ask it this way. I'm
13 sorry.
14     Between March 31st and April 16th, when
15 the yard sale started, where was the property that
16 you sold at the yard sale stored?
17 A. **It was stored at that home, 1350 Camp Ravine**
18 **Road.**
19 Q. Okay. Did you store any property at 110
20 Brook Drive in Dickson?
21 A. **Yes.**
22 Q. What property did you store there?
23 A. **I don't recall.**
24 Q. After March 31, 2021 when you vacated the
25 home at 1387 Camp Ravine, where did you go?

1 A. **To Florida.**
2 Q. Immediately?
3 A. **I don't recall.**
4 Q. Did you stop at 110 Brook Drive at any time?
5 A. **At any time?**
6 Q. Well, between March 31st and April 7th.
7 A. **I don't recall.**
8 Q. When did you start moving property from 1387
9 Camp Ravine Road to 1350 Camp Ravine Road?
10 A. **I don't recall.**
11 Q. At 5711 Sea Turtle, when were your utilities
12 connected? When did you establish your utilities?
13 A. **I don't recall.**
14 Q. Was it on April 7th, after April 7th, before
15 April 7th?
16 A. **I don't recall.**
17 Q. After the closing on April 7, 2021, when did
18 you return to Tennessee?
19 A. **I don't recall.**
20 Q. Do you recall when -- let me ask it this way.
21     When do you consider that you were --
22 that you had permanently moved to Florida?
23     MR. BULSO: Object to the form.
24 BY MR. NEFFLEN:
25 Q. You can answer.

Page 17

1  A.   We purchased our primary residence at 5711
2  Sea Turtle Place in early April.
3  Q.   April 7, 2021?
4  A.   Yes.
5  Q.   Can you tell me when you made trips back to
6  Tennessee between April 7, 2021 and the present, and
7  for what purpose, other than the yard sale?
8  A.   No, I don't recall.
9  Q.   Do you recall how many times you returned to
10 Tennessee after April 7, 2021?
11 A.   I don't. No, I do not.
12 Q.   Do you recall how many times your husband
13 returned to Tennessee after April 7, 2021?
14 A.   No, I do not.
15 Q.   Did he return to Tennessee to perform work
16 for either Creekside Terrace or Better Built Homes?
17 A.   I don't recall.
18 Q.   Based on your recollection, did he return at
19 all after April 7, 2021 to Tennessee?
20 A.   Yes.
21 Q.   But you don't recall when that was?
22 A.   Correct.
23 Q.   Do you know what it was for?
24 A.   No.
25 Q.   One second. I'm going to share the screen

Page 18

1  with you, Ms. Mucerino.
2  A.   Okay.
3  Q.   Can you see this Facebook post?
4  A.   I do, uh-huh, on the screen.
5  Q.   And for the record, this is dated April 15th,
6  and this is your Facebook post?
7  A.   Correct.
8  Q.   It says, "Defamation and false light lawsuits
9  against Creekside against the town of Burns resident
10 Josh Martin in federal court."
11      Do you recall where you were when you
12 posted this Facebook post?
13 A.   I do not.
14 Q.   Whether in Florida or Tennessee?
15 A.   The date, I believe I was in Tennessee.
16      MR. NEFFLEN: Let's mark this as
17 Exhibit 1 to Ms. Mucerino's deposition.
18      (WHEREUPON, a document was marked as
19 Exhibit Number 1).
20 BY MR. NEFFLEN:
21 Q.   Ms. Mucerino, do you recall how long -- well,
22 first of all, do you recall whether or not you stayed
23 at 110 Brook Drive after March 31, 2021?
24 A.   I don't recall.
25 Q.   You don't recall staying there?

Page 19

1  A.   I don't recall.
2  Q.   Are you familiar with that property at all,
3  110 Brook Drive?
4  A.   I am.
5  Q.   What property is that?
6  A.   The property we used to store stuff.
7  Q.   Is it a home?
8  A.   It is a home.
9  Q.   Okay. Who owns the home?
10 A.   I do not know.
11 Q.   Who let you use the home?
12 A.   Jason Pilkington.
13 Q.   Did you ever stay at that home at any time?
14 A.   Stay like?
15 Q.   Live there for any amount of time.
16 A.   Yes.
17 Q.   When?
18 A.   I don't recall the dates.
19 Q.   Was it before or after March 31st, 2021?
20 A.   It would have been after.
21 Q.   But you don't recall the dates?
22 A.   No.
23 Q.   Is there any way you can determine what dates
24 you stayed there?
25 A.   I don't know how.

Page 20

1  Q.   A calendar?
2  A.   No.
3  Q.   What about receipts for food purchases?
4  A.   I mean, I don't know.
5       MR. NEFFLEN: Give me one second,
6  Ms. Mucerino, we may be done.
7       (An off-the-record discussion was held.)
8  BY MR. NEFFLEN:
9  Q.   Ms. Mucerino, I'm almost done. I want to
10 look at one more thing with you.
11      Ms. Mucerino, can you see the warranty
12 deed?
13 A.   Yes.
14 Q.   Now, you will see on the second page the
15 notary stamp. Can you see that?
16 A.   Yes.
17 Q.   Can you see that the notary states that the
18 instrument was acknowledged on April 5, 2021; do you
19 see that?
20 A.   Uh-huh.
21 Q.   And the front page says that the warranty
22 deed is made April 5, 2021.
23 A.   Okay.
24 Q.   But what I understand your -- first of all,
25 you agree to those dates that this is what the

Page 21

1  document says, right?
2  **A.  That's what's on the document.  I did not**
3  **draft the document.**
4  Q.  I understand.  I understand.  Is it your
5  testimony that the closing occurred after this
6  warranty deed, after April 5th, 2021?
7  **A.  What is your question?**
8  Q.  That the closing you referenced on April 7th,
9  2021 occurred after this warranty deed which is dated
10 April 5th, 2021?
11 **A.  I'm not sure.  I don't know.**
12 Q.  Okay.  And after the closing, I believe you
13 said that you don't recall when you and your husband
14 returned to Tennessee, correct?  Is that correct?
15 **A.  Correct, yes.**
16         MR. NEFFLEN:  Thank you.
17         Gino, so I don't do that again, I have no
18 further questions.  Do you have any questions?
19         MR. BULSO:  We have no questions.
20         MR. NEFFLEN:  Ms. Mucerino, I appreciate
21 your time.  That's all the questions I have.
22         **THE WITNESS:  Okay, thanks.**
23         THE REPORTER:  Do you need this typed up?
24         MR. NEFFLEN:  Yes, please.
25         THE REPORTER:  Regular time?

Page 22

1         MR. NEFFLEN:  Yes, that's fine.
2         THE REPORTER:  Gino, do you need a copy?
3         MR. BULSO:  Yes.
4         FURTHER DEPONENT SAITH NOT
5  (Proceedings concluded at 3:06 p.m.)

Page 23

1  REPORTER'S CERTIFICATE
2
3  STATE OF TENNESSEE
4  COUNTY OF DAVIDSON
5         I, SANDRA ANDRYS, LCR, RPR, RMR, with
6  offices in Nashville, Tennessee, hereby certify that
7  I reported the foregoing videoconference deposition
8  of STEPHANIE L. MUCERINO by machine shorthand to the
9  best of my skills and abilities, and thereafter the
10 same was reduced to typewritten form by me.
11        I further certify that I am not related
12 to any of the parties named herein, nor their
13 counsel, and have no interest, financial or
14 otherwise, in the outcome of the proceedings.
15     I further certify that in order for this
   document to be considered a true and correct copy, it
16 must bear my original signature and that any
   unauthorized reproduction in whole or in part and/or
17 transfer of this document is not authorized, will not
   be considered authentic, and will be in violation of
18 Tennessee Code Annotated 39-14-104, Theft of
   Services.
19
20
21
22 SANDRA ANDRYS, LCR, RPR, RMR
   Elite Reporting Services
23 Licensed Court Reporter (TN)
   Notary Public State of Tennessee
24
   My Notary Commission Expires:  6/26/22
25 LCR 583 - Expires:  6/30/2022

Case 3:21-cv-00284   Document 21-4   Filed 07/12/21   Page 8 of 11 PageID #: 144
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
21..23

|                                   |                                      |                                      |                                              |
| --------------------------------- | ------------------------------------ | ------------------------------------ | -------------------------------------------- |
|                                   |                                      |                                      | 18:17                                        |
| **Exhibits**                      | **9**                                | **C**                                | **determine** 19:23                          |
| **Ex 01 -**                       | **9-1-1** 12:1                       | **calendar** 20:1                    | **Dickson** 15:20                            |
| **Stephanie Mucerino**            |                                      | **called** 5:3                       | **discussion** 20:7                          |
| 3:11 11:13 18:17,19               | **A**                                | **calls** 8:12                       | **document** 18:18 21:1,2,3                  |
|                                   |                                      | **Camp** 6:8,16,23 7:2,16            |                                              |
| **1**                             | **account** 8:21,25 9:2,3,7,18       | 13:14 15:4,9,17,25 16:9              | **documents** 11:11                          |
|                                   | **accounts** 9:14,20                 | **capacity** 10:9,20                 | **draft** 21:3                               |
| **1** 11:13 18:17,19              | **acknowledged** 20:18               | **change** 6:23 7:1,21               | **Drive** 15:20 16:4 18:23                   |
| **110** 15:19 16:4 18:23 19:3     | **address** 12:1,3                   | **Christine** 12:15                  | 19:3                                         |
| **1350** 15:9,17 16:9             | **agent** 8:1,4,9                    | **closing** 11:6,7,11 12:9           | **duly** 5:3                                 |
| **1387** 6:8,15 7:16 13:14        | **agree** 13:20 14:19 20:25          | 16:17 21:5,8,12                      |                                              |
| 15:4,25 16:8                      | **amount** 19:15                     | **community** 12:19                  | **E**                                        |
| **15th** 13:21 14:3 18:5          | **annual** 5:25 6:20,24 7:3,6,21     | **companies** 8:4,9                  |                                              |
| **16th** 14:14,20,23 15:14        | **April** 6:4 7:2,9,20 9:7,23        | **companies'** 5:25                  | **earlier** 6:19                             |
| **17** 13:21                      | 11:1,9 13:21 14:14,20,23             | **compound** 13:8                    | **early** 17:2                               |
|                                   | 15:14 16:6,14,15,17                  | **concluded** 22:5                   | **employee** 10:5,21,23                      |
| **2**                             | 17:2,3,6,10,13,19 18:5               | **connected** 16:12                  | **entities** 9:17                            |
|                                   | 20:18,22 21:6,8,10                   | **copy** 22:2                        | **establish** 16:12                          |
| **2021** 6:4 7:2,9,20 11:1        | **assuming** 8:19                    | **correct** 5:12 6:22 7:6            | **exact** 7:10,11,12                         |
| 13:22 14:25 15:24 16:17           | **aware** 6:6,11,13,18 7:14,         | 8:19,21 9:17,24 12:4,21,             | **EXAMINATION** 5:6                          |
| 17:3,6,10,13,19 18:23             | 18,23 8:15 12:6                      | 24,25 14:15,20,21,24                 | **Exhibit** 11:13 18:17,19                   |
| 19:19 20:18,22 21:6,9,10          |                                      | 15:10 17:22 18:7 21:14,15            |                                              |
|                                   | **B**                                | **couple** 14:1                      | **F**                                        |
| **3**                             |                                      | **court** 18:10                      |                                              |
|                                   | **back** 17:5                        | **Creekside** 5:13,21 6:8,           | **Facebook** 12:23 14:1,9,                   |
| **3-31** 15:5                     | **bank** 8:20,25 9:2,3,4,5,7,        | 15 7:25 8:16 9:14 10:3,5,            | 12 18:3,6,12                                 |
| **31** 15:24 18:23                | 8,14,18,20,22                        | 8,10,21 17:16 18:9                   | **false** 18:8                               |
| **31st** 15:14 16:6 19:19         | **Based** 17:18                      |                                      | **familiar** 19:2                            |
| **3:06** 22:5                     | **bookkeeper** 10:12,14,             | **D**                                | **families** 13:5,6,11,13                    |
|                                   | 18,20,24                             |                                      | **federal** 18:10                            |
| **5**                             | **bring** 11:16                      | **date** 7:10,11,12 13:25            | **filed** 6:24 7:2,6,12,20                   |
|                                   | **Brook** 15:20 16:4 18:23           | 14:14 18:15                          | **filing** 5:24 6:20                         |
| **5** 20:18,22                    | 19:3                                 | **dated** 18:5 21:9                  | **financial** 9:14                           |
| **5711** 11:22,24 12:3 16:11 17:1 | **Built** 5:13,22 7:5,7,15,25        | **dates** 19:18,21,23 20:25          | **find** 7:11,12                             |
| **5th** 11:9 21:6,10              | 8:17 9:15 17:16                      | **day** 14:4                         | **fine** 22:1                                |
|                                   | **BULSO** 5:15 8:6,12                | **deed** 11:12,19,22 20:12,          | **Florida** 11:4,5 12:7,10,                  |
| **7**                             | 10:11,15 13:8 16:23                  | 22 21:6,9                            | 11 13:19 16:1,22 18:14                       |
|                                   | 21:19 22:3                           | **Defamation** 18:8                  | **food** 20:3                                |
| **7** 11:1 16:17 17:3,6,10,13,19  | **Burns** 14:22 18:9                 | **DEPONENT** 22:4                    | **form** 5:15 8:6,12 10:11 16:23             |
| **7th** 9:7,23 16:6,14,15 21:8    |                                      | **deposition** 9:11 11:14            |                                              |

**Exhibits**

**Ex 01 -**
**Stephanie Mucerino** 3:11 11:13 18:17,19

**1**

**1** 11:13 18:17,19
**110** 15:19 16:4 18:23 19:3
**1350** 15:9,17 16:9
**1387** 6:8,15 7:16 13:14 15:4,25 16:8
**15th** 13:21 14:3 18:5
**16th** 14:14,20,23 15:14
**17** 13:21

**2**

**2021** 6:4 7:2,9,20 11:1 13:22 14:25 15:24 16:17 17:3,6,10,13,19 18:23 19:19 20:18,22 21:6,9,10

**3**

**3-31** 15:5
**31** 15:24 18:23
**31st** 15:14 16:6 19:19
**3:06** 22:5

**5**

**5** 20:18,22
**5711** 11:22,24 12:3 16:11 17:1
**5th** 11:9 21:6,10

**7**

**7** 11:1 16:17 17:3,6,10, 13,19
**7th** 9:7,23 16:6,14,15 21:8

**9**

**9-1-1** 12:1

**A**

**account** 8:21,25 9:2,3,7,18
**accounts** 9:14,20
**acknowledged** 20:18
**address** 12:1,3
**agent** 8:1,4,9
**agree** 13:20 14:19 20:25
**amount** 19:15
**annual** 5:25 6:20,24 7:3,6,21
**April** 6:4 7:2,9,20 9:7,23 11:1,9 13:21 14:14,20,23 15:14 16:6,14,15,17 17:2,3,6,10,13,19 18:5 20:18,22 21:6,8,10
**assuming** 8:19
**aware** 6:6,11,13,18 7:14, 18,23 8:15 12:6

**B**

**back** 17:5
**bank** 8:20,25 9:2,3,4,5,7, 8,14,18,20,22
**Based** 17:18
**bookkeeper** 10:12,14, 18,20,24
**bring** 11:16
**Brook** 15:20 16:4 18:23 19:3
**Built** 5:13,22 7:5,7,15,25 8:17 9:15 17:16
**BULSO** 5:15 8:6,12 10:11,15 13:8 16:23 21:19 22:3
**Burns** 14:22 18:9

**C**

**calendar** 20:1
**called** 5:3
**calls** 8:12
**Camp** 6:8,16,23 7:2,16 13:14 15:4,9,17,25 16:9
**capacity** 10:9,20
**change** 6:23 7:1,21
**Christine** 12:15
**closing** 11:6,7,11 12:9 16:17 21:5,8,12
**community** 12:19
**companies** 8:4,9
**companies'** 5:25
**compound** 13:8
**concluded** 22:5
**connected** 16:12
**copy** 22:2
**correct** 5:12 6:22 7:6 8:19,21 9:17,24 12:4,21, 24,25 14:15,20,21,24 15:10 17:22 18:7 21:14, 15
**couple** 14:1
**court** 18:10
**Creekside** 5:13,21 6:8, 15 7:25 8:16 9:14 10:3,5, 8,10,21 17:16 18:9

**D**

**date** 7:10,11,12 13:25 14:14 18:15
**dated** 18:5 21:9
**dates** 19:18,21,23 20:25
**day** 14:4
**deed** 11:12,19,22 20:12, 22 21:6,9
**Defamation** 18:8
**DEPONENT** 22:4
**deposition** 9:11 11:14

18:17
**determine** 19:23
**Dickson** 15:20
**discussion** 20:7
**document** 18:18 21:1,2, 3
**documents** 11:11
**draft** 21:3
**Drive** 15:20 16:4 18:23 19:3
**duly** 5:3

**E**

**earlier** 6:19
**early** 17:2
**employee** 10:5,21,23
**entities** 9:17
**establish** 16:12
**exact** 7:10,11,12
**EXAMINATION** 5:6
**Exhibit** 11:13 18:17,19

**F**

**Facebook** 12:23 14:1,9, 12 18:3,6,12
**false** 18:8
**familiar** 19:2
**families** 13:5,6,11,13
**federal** 18:10
**filed** 6:24 7:2,6,12,20
**filing** 5:24 6:20
**financial** 9:14
**find** 7:11,12
**fine** 22:1
**Florida** 11:4,5 12:7,10, 11 13:19 16:1,22 18:14
**food** 20:3
**form** 5:15 8:6,12 10:11 16:23

| | | | |
|---|---|---|---|
| formation 8:16 | **L** | NEFFLEN 5:7,16 8:7,14 10:13,16 13:9 16:24 18:16,20 20:5,8 21:16, 20,24 22:1 | purchases 20:3 |
| formed 5:13,21 | | | purpose 17:7 |
| Frank 8:1 12:14 | Laura 12:14 | | |
| front 20:21 | lawsuits 18:8 | | **Q** |
| | light 18:8 | neighbors 13:14 | |
| **G** | list 8:8 | notary 12:15 20:15,17 | question 6:12,13 21:7 |
| | listed 8:3 | Number 18:19 | questions 5:7 21:18,19, 21 |
| Gino 21:17 22:2 | Live 19:15 | | |
| give 13:4 14:8 20:5 | LLC 5:21,22 6:8,15 7:7, 15,25 8:16,17 9:15 10:3, 6,9,10,21 | **O** | **R** |
| Good 5:9,10 | | | |
| | | Object 5:15 8:6,12 10:11 16:23 | Ravine 6:9,16,23 7:2,16 13:14 15:4,9,17,25 16:9 |
| **H** | located 9:3,8,21,23,24 15:3 | | |
| | | objection 10:15 13:8 | recall 5:14,18,19 6:25 7:4,10,22 8:2,10,18 12:17,19 14:7 15:23 16:3,7,10,13,16,19,20 17:8,9,12,17,21 18:11, 21,22,24,25 19:1,18,21 21:13 |
| held 20:7 | location 15:8 | occurred 21:5,9 | |
| Hold 5:10 | long 18:21 | off-the-record 20:7 | |
| home 15:3,17,25 19:7,8, 9,11,13 | | office 6:8,15,23 7:1,16 | |
| | **M** | owns 19:9 | |
| Homes 5:13,22 7:5,7,15, 25 8:17 9:15 17:16 | | | |
| | made 17:5 20:22 | **P** | |
| house 12:12 | make 11:16 | | |
| husband 8:3,8,20,24 11:13 17:12 21:13 | March 15:14,24 16:6 18:23 19:19 | p.m. 22:5 | receipts 20:3 |
| | | paid 10:22 | recollection 17:18 |
| **I** | mark 18:16 | paperwork 11:8,10 | record 18:5 |
| | marked 11:13 18:18 | perform 17:15 | records 9:14 |
| III 8:1 | Martin 5:11 18:10 | permanently 16:22 | referenced 21:8 |
| Immediately 16:2 | member 10:3 | personal 8:20,25 9:2,7 | registered 8:1,4,8 |
| included 13:12 | misunderstood 10:17 | piece 11:23 | Regular 21:25 |
| instrument 20:18 | Monday 11:9 | Pilkington 19:12 | report 6:20,24 7:3,6,21 |
| involved 8:15 | move 13:20 | place 11:7,22,24 12:9 13:21 14:4,20 17:2 | REPORTER 21:23,25 22:2 |
| | moved 16:22 | | |
| **J** | moving 16:8 | post 14:10,12 18:3,6,12 | reports 5:25 6:14 |
| | Mucerino 5:2,8,12 6:6 8:1 10:1,17 11:18 13:10 14:6,9 18:1,21 20:6,9,11 21:20 | posted 12:23 18:12 | representative 10:8,10 |
| Jason 19:12 | | posts 14:2 | residence 17:1 |
| joined 5:11 | | present 12:13 17:6 | resident 18:9 |
| Josh 18:10 | | primary 17:1 | responsible 5:24 6:20 9:13 |
| Jr 12:14 | Mucerino's 18:17 | principal 6:7,15,23 7:1, 16 | |
| | multiple 13:5,6,11,13 | | return 12:16 16:18 17:15,18 |
| **K** | | proceedings 22:5 | |
| | **N** | property 11:21,23 12:2, 5,6 15:6,15,19,22 16:8 19:2,5,6 | returned 17:9,13 21:14 |
| keeping 9:13 | | | Road 6:9,16,23 7:2,16 13:14 15:4,9,18 16:9 |
| | nail 13:25 | | |
| | Nargi 12:15 | purchased 17:1 | **S** |
| | | | |
| | | | SAITH 22:4 |

sale 12:19,24 13:1,3,15,
 21 14:5,16,19 15:6,8,11,
 15,16 17:7
screen 17:25 18:4
Sea 11:22,24 16:11 17:2
Secretary 6:7,14 7:14,
 24
selling 13:15,17
sense 6:10
share 17:25
show 14:1
showed 11:12
shows 6:7 7:15,24
shut 15:2
signed 11:8,10
sold 15:16
speak 10:1
specifics 13:4
speculation 8:13
stamp 20:15
start 16:8
started 15:15
state 9:5
State's 6:7,14 7:14,24
states 20:17
stay 19:13,14
stayed 18:22 19:24
staying 18:25
STEPHANIE 5:2
stop 16:4
store 15:19,22 19:6
stored 15:7,12,16,17
stuff 13:15 19:6
sworn 5:4

---
T
---

talking 11:17 14:17
Tennessee 9:6,8,22
 12:16 14:22 16:18 17:6,
 10,13,15,19 18:14,15
 21:14
Terrace 5:13,21 6:8,15
 7:25 8:16 9:15 10:3,5,9,
 10,21 17:16
testified 5:4
testimony 21:5
thing 11:17 20:10
Things 13:18
Thursday 14:3
time 16:4,5 19:13,15
 21:21,25
times 17:9,12
today 9:10,24 10:10
town 18:9
trips 17:5
Turtle 11:22,24 16:11
 17:2
typed 21:23
typically 6:1

---
U
---

uh-huh 18:4 20:20
understand 12:18 20:24
 21:4
utilities 16:11,12

---
V
---

vacate 15:3
vacated 15:24

---
W
---

warranty 11:18,21
 20:11,21 21:6,9
website 6:7,14 7:15,24
week 12:18
weekend 13:24
work 17:15
wrong 8:20

---
Y
---

yard 12:19,24 13:1,3,15,
 20 14:5,16,19 15:6,8,11,
 15,16 17:7
year 6:4