IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO III AND CREEKSIDE TERRACE LLC, ) ) ) Plaintiffs, ) ) v. ) ) CHARLES JOSHUA DALE MARTIN, ) ) Defendant. ) ) ) ) | Civil No. 3:21-cv-00284 Judge Trauger |

## O R D E R

Given the pendency of several motions, it is hereby ORDERED that the initial case management conference scheduled for July 26, 2021 is CONTINUED, to be reset, if appropriate, following disposition of the pending motions.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge