IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| FRANK MUCERINO, III and CREEKSIDE TERRACE LLC,<br><br>　Plaintiffs,<br><br>v.<br><br>CHARLES JOSHUA DALE MARTIN,<br><br>　Defendant. | Case No. 3:21-cv-00284<br>Judge Aleta A. Trauger |

**PLAINTIFFS' CONFORMED CERTIFICATE OF SERVICE REGARDING PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO STRIKE DEFENDANT'S PETITION TO DISMISS PURSUANT TO THE TENNESSEE PUBLIC PARTICIPATION ACT**

Undersigned counsel, pursuant to a notice received on July 19, 2021 from the Clerk of Court for the Middle District of Tennessee, respectfully files the conformed certificate of service relating to Plaintiffs' Reply Memorandum (DE No. 27) in Further Support of their Motion to Strike Defendant's Petition to Dismiss Pursuant to the Tennessee Public Participation Act.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiffs' Reply Memorandum in Further Support of their Motion to Strike Defendant's Petition to Dismiss Pursuant to the Tennessee Public Participation Act is being or was served via the Court's electronic filing system and electronic mail on this the 19th day of July 2021, to the following persons:

> John Paul Nefflen
> Rebekah L. Shulman
> Shackelford Bowen McKinley & Norton, LLP
> 1 Music Circle South, Ste. 300
> Nashville, Tennessee 37203
> jnefflen@shackelfordlaw.net
> rshulman@shackelfordlaw.net
> *Counsel for the Defendant*

s/<i>Eric W. Smith</i><br>
Eric W. Smith

Respectfully submitted,

s/*Eric W. Smith*
Eugene N. Bulso, Jr. (BPR No. 12005)
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
(615) 913-5135
gbulso@bulso.com
esmith@bulso.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing conformed certificate of service is being served via the Court's electronic filing system and electronic mail on this the 19th day of July 2021, on the following persons:

John Paul Nefflen
Rebekah L. Shulman
Shackelford Bowen McKinley & Norton, LLP
1 Music Circle South, Ste. 300
Nashville, Tennessee 37203
jnefflen@shackelfordlaw.net
rshulman@shackelfordlaw.net
*Counsel for the Defendant*

s/*Eric W. Smith*
Eric W. Smith